1  Erik L. Jackson (SBN 166010)
   ejackson@cozen.com
2  Nathan Dooley (SBN 224331)
   ndooley@cozen.com
3  COZEN O'CONNOR
   601 South Figueroa Street
4  Suite 3700
   Los Angeles, California 90017
5  Telephone: 213.892.7900
   Toll Free Phone: 800.563.1027
6  Facsimile: 213.892.7999

7  TODD J. WEGLARZ (*pro hac vice*)
   Law Offices of Todd J. Weglarz
8  30903 Northwestern Highway, Suite 250
   Farmington Hills, Michigan 48334
9  Telephone: (248) 539-9081
   Fax: (248) 413-2647
10 tweglarz@weglarzlaw.com

11 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE HURT LOCKER, LLC, MARK BOAL, KATHRYN BIGELOW, GREG SHAPIRO, NICOLAS CHARTIER, TONY MARK, DONALL McCUSKER, SUMMIT ENTERTAINMENT, LLC, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA, LP, FIRST LIGHT PRODUCTIONS, INC., KINGSGATE FILMS, INC., and PLAYBOY ENTERPRISES, INC., Jointly and Severally,<br><br>　　　　Defendants. | Case No.: 2:10-CV-09034-JHN (JCx)<br><br>**REPRESENTATION STATEMENT** |

　　　　The undersigned counsel represents Sgt. Jeffrey S. Sarver, Plaintiff and Appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address,

1 | telephone number, and e-mail address, where appropriate. *See* F.R.A.P. 12(b); Circuit
2 | Rule 3-2(b).
3 |
4 | Dated: November 11, 2011         COZEN O'CONNOR
5 |
6 |                        By: _____-/S/-_____
                             ERIK L. JACKSON
7 |                              Attorney Plaintiff, Sgt. Sarver

## Certificate of Service

This is to certify that on November 11, 2011, a true and correct copy of the foregoing **REPRESENTATION STATEMENT**, in the appeal from Case No.: 2:10-cv-09034-JHN (JCx), was served by United States mail and CM/ECF on counsel of record for all parties to the action below in this matter, as follows:

## SERVICE LIST

| | |
|---|---|
| Geoffrey Nels Fieger, Esq.<br>Fieger Fieger Kenney Johnson and Giroux PC<br>19390 West Ten Mile Road<br>Southfield, MI 48075 | Attorneys for Plaintiff *SGT. JEFFREY S. SARVER*<br><br>Telephone:   248.355.5555<br>Facsimile:    248.355.5148<br>E-mail:         G.Fieger@fiegerlaw.com |
| Linda George, Esq.<br>577 Summit Avenue<br>Hackensack, NJ 07601 | Attorneys for Plaintiff *SGT. JEFFREY S. SARVER*<br><br>Telephone:   201.487.5225<br>Facsimile:<br>E-mail: |
| Jon-Jamison Hill, Esq.<br>Eisner Frank & Kahan<br>9601 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90210 | Attorneys for Defendants *NICOLAS CHARTIER, THE HURT LOCKER, GREG SHAPIRO, TONY MARK, DONALL McCUSKER, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA LP, FIRST LIGHT PRODUCTIONS INC. AND KINGSGATE FILMS INC.*<br><br>Telephone:   310.855.3200<br>Facsimile:    310.855.3201<br>E-mail:         jhill@eisnerlaw.com |
| Jackie M Joseph, Esq.<br>Eisner Frank & Kahan<br>9601 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90210 | Attorneys for Defendants *NICOLAS CHARTIER, THE HURT LOCKER, GREG SHAPIRO, TONY MARK, DONALL McCUSKER, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA, LP, FIRST LIGHT PRODUCTIONS INC., AND KINGSGATE FILMS INC.*<br><br>Telephone:   310.855.3200<br>Facsimile:    310.855.3201<br>E-mail:         jjoseph@eisnerlaw.com |

| | | |
|---|---|---|
| 1 | Timothy Joseph Gorry, Esq.<br>Eisner, Frank & Kahan<br>9601 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90210 | Attorneys for Defendants *NICOLAS CHARTIER, THE HURT LOCKER, GREG SHAPIRO, TONY MARK, DONALL McCUSKER, VOLTAGE PICTURES, LLC., GROSVENOR PARK MEDIA, LP, FIRST LIGHT PRODUCTIONS INC. AND KINGSGATE FILMS INC.* |
| 6 | | Telephone: 310.855.3200<br>Facsimile: 310.855.3201<br>E-mail: tgorry@eisnerlaw.com |
| 9 | David Halberstadter, Esq.<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Attorneys for Defendant *SUMMIT ENTERTAINMENT, LLC*<br><br>Telephone: 310.788.4400<br>Facsimile: 310.788.4471<br>Email: david.halberstadter@kattenlaw.com |
| 13 | Sally Wu, Esq.<br>Katten Muchin Rosenman<br>2029 Century Park East Suite 2600<br>Los Angeles, CA 90067<br>310-788-4400 | Attorneys for Defendant *SUMMIT ENTERTAINMENT, LLC*<br><br>Telephone: 310.788.4400<br>Facsimile: 310.788.4471<br>Email: sally.wu@kattenlaw.com |
| 17 | Scott A Resnik, Esq.<br>Katthen Muchin & Rosenman LLP<br>575 Madison Avenue 14th Floor<br>New York, NY 10022 | Attorneys for Defendant *SUMMIT ENTERTAINMENT, LLC*<br><br>Telephone: 212.940.8543<br>Facsimile:<br>Email: scott.resnik@kattenlaw.com |
| 20 | Anthony Michael Glassman, Esq.<br>Glassman Browning Saltsman and Jacobs<br>360 North Bedford Drive, Suite 204<br>Beverly Hills, CA 90210-5157 | Attorneys for Defendant *PLAYBOY ENTERPRISES, INC.*<br><br>Telephone: 310.278.5100<br>Facsimile: 310.271.6041<br>Email: amg@gbsjlaw.com |
| 24 | Steven Berkowitz, Esq,<br>Steven Berkowitz Law Offices<br>360 North Bedford Drive, Suite 204<br>Beverly Hills, CA 90210 | Attorneys for Defendant *PLAYBOY ENTERPRISES, INC.*<br><br>Telephone: 310.278.5100<br>Facsimile: 310.271.6041<br>Email: amg@gbsjlaw.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | Stephen M. Orlofsky, Esq.<br>Blank Rome LLP | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL* |
| 3 | 301 Carnegie Center 3rd Floor<br>Princeton, NJ 08540 | Telephone: 609.750.2646<br>Facsimile: |
| 4 | | Email: |
| 5 | | |
| 6 | Andrew James Hughes, Esq.<br>Blank Rome LLP | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL* |
| 7 | 301 Carnegie Center 3rd Floor<br>Princeton, NJ 08540 | Telephone: 609.750.7706<br>Facsimile: |
| 8 | | Email: hughes-a@blankrome.com |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dale F Kinsella, Esq.<br>Kinssella Weitzman Iser Kump & Aldisert LLP | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL* |
| 13 | 808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, CA 90401 | Telephone: 310.556.9800<br>Facsimile: 310.566.9850 |
| 14 | | Email: dkinsella@kwikalaw.com |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Jeremiah Tracy Reynolds, Esq.<br>Kinsella Weitzman Iser Kump and Aldisert | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL* |
| 19 | 808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, CA 90401 | Telephone: 310.556.9800<br>Facsimile: 310.566.9850 |
| 20 | | Email: jreynolds@kwikalaw.com |
| 21 | | |
| 22 | LOS_ANGELES\194859\1 283288.000 | |