

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: C.D. Cal. | JUDGE: Jacqueline H. Nguyen |
|---|---|---|
| SGT. JEFFRY S. SARVER, Plaintiff, v THE HURT LOCKER, LLC, et al., | DISTRICT COURT NUMBER: 2:10-cv-09034 | |
| | DATE NOTICE OF APPEAL FILED: November 11, 2011 | IS THIS A CROSS APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): No | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Plaintiff brought suit, alleging claims for 1) Right of Publicity/Misappropriation of Name & Likeness; 2) False Light Invasion of Privacy; 3) Defamation; 4) Breach of Contract; 5) Intentional Infliction of Emotional Distress; 6) Fraud; and 7) Constructive Fraud. The case was transferred from the U.S. District Court for the District of New Jersey to C.D. Cal. The Court granted Defendants' Motions to Strike pursuant to Cal. Code Civ. Proc. Section 425.16 in error.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

1) The Court granted the Motion to Transfer in Error.
2) The Court granted the Motion to Strike Pursuant to 425.16 in error.
3) The Court awarded attorneys' fees to Defendants in error.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of Settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION |||||
|---|---|---|---|---|
| JURISDICTION || DISTRICT COURT DISPOSITION |||
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF ||
| ☐ FEDERAL QUESTION<br>☒ DIVERSITY<br>☐ OTHER (SPECIFY): | ☒ FINAL DECISION OF DISTRICT COURT<br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL/JURISDICTION<br>☐ DISMISSAL/MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT/COURT DECISION<br>☐ JUDGMENT/JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☒ OTHER (SPECIFY): ORDER granting Motions to Strike Pursuant to Cal. Code Civ. Proc. section 425.16 | ☒ DAMAGES:<br>  SOUGHT $ Over $75,000<br>  AWARDED $<br>☐ INJUNCTIONS:<br>  ☐ PRELIMINARY<br>  ☐ PERMANENT<br>  ☐ GRANTED<br>  ☐ DENIED<br>☒ ATTORNEY FEES:<br>  SOUGHT $<br>  AWARDED $<br>☒ PENDING<br>☐ COSTS: $ ||

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

Signature: _____   Date: 11/10/2011

## COUNSEL WHO COMPLETED THIS FORM

| NAME | Nathan Dooley |
|---|---|
| FIRM | Cozen O'Connor |
| ADDRESS | 601 South Figueroa St., Suite 3700 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP CODE | 90017 |
| E-MAIL | NDooley@Cozen.com |
| TELEPHONE | (213) 892-7900 |
| FAX | |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.\*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***