Office of the Clerk

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

P.O. Box 193939

San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 11-56986

Case Name: Sgt. Jeffrey Sarver  v.  Nicolas Chartier, et. al.

The Clerk will enter my appearance as counsel on behalf of: Sgt. Jeffrey Sarver

☒ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Appellant/Cross-Appellee

☐ Appellee ☐ Respondent ☐ Intervenor ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☐ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): s/ Michael Dezsi

Date: 12/5/11

Name: Michael Dezsi, Law Office of Michael R. Dezsi, PLLC

Address: 615 Griswold Street
Suite 719

City: Detroit

State: MI

Zip Code: 48226

Phone Number (including area code):