UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 11-56986 |
| District Court/Agency Case Number(s): | 2:10-cv-09034-JHN-JC |
| District Court/Agency Location: | Central Court, Los Angeles |
| Case Name: | Sarver v. Hurt Locker, et al |
| If District Court, docket entry number(s) of order(s) appealed from: | Doc 55, Doc 129 |
| Name of party/parties submitting this form: | Plaintiff Sgt. Jeffrey Sarver |

Please briefly describe the dispute that gave rise to this lawsuit.

After screenplay writer, Defendant Boal, followed Plaintiff Sgt. Sarver for several weeks in Iraq while an embedded reporter for Playboy magazine, Defendants misappropriated Plaintiff's personal life story and likeness to make the movie "The Hurt Locker" without obtaining Plaintiff's consent. Plaintiff resided in New Jersey at the time of the film's release, and shortly thereafter, filed several state law claims in a Complaint filed in New Jersey USDC, including claims for Commercial Misappropriate of Likeness, Invasion of Privacy, etc. Venue was later transferred California for the convenience of the parties, after which Defendants filed California state law Anti-SLAPP Motions to Dismiss.

Briefly describe the result below and the main issues on appeal.

The California District Court granted Defendants' Anti-SLAPP motions, after determining that Defendants' use of Plaintiff's likeness / life story was a "Transformative Use" protected by the 1st Amendment.

Describe any proceedings remaining below or any related proceedings in other tribunals.

Defendants were recently awarded attorney fees in excess of $180,000 on December 8, 2011.

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Michael Dezsi

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiff

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

MICHAEL R DEZSI
Law Office of Michael R. Dezsi, PLLC
615 Griswold Street, Suite 719
Detroit, MI 48226
(313) 879-1206
(313) 563-5221 (fax)
mdezsi@dezsilaw.com
Attorney for Plaintiff

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>    Plaintiff,<br><br>v<br><br>THE HURT LOCKER, LLC, MARK BOAL, KATHRYN BIGELOW, GREG SHAPIRO, NICOLAS CHARTIER, TONY MARK, DONALL McCUSKER, SUMMIT ENTERTAINMENT, LLC, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA, LP, FIRST LIGHT PRODUCTIONS, INC., KINGSGATE FILMS, INC., and PLAYBOY ENTERPRISES, INC., Jointly and Severally,<br><br>    Defendants.<br>_____ | No.: 11-56986<br><br>D.C. No.: 2:10-cv-09034-JHN (JCx)<br><br>**REPRESENTATION STATEMENT** |

    The undersigned counsel represents Sgt. Jeffrey S. Sarver, Plaintiff and Appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address, where appropriate. Circuit Rule 3-2(b).

**REPRESENTATION STATEMENT**

1

Dated: December 16, 2011

                    LAW OFFICE OF MICHAEL R. DEZSI, PLLC


              By: /s/Michael R. Dezsi
                  Attorney Plaintiff, Sgt. Sarver

**REPRESENTATION STATEMENT**

2

# **SERVICE LIST**

| | |
|---|---|
| Todd J. Weglarz, PLLC<br>Law Offices of Todd J. Weglarz, PLLC<br>30903 Northwestern Highway<br>Suite 250<br>Farmington Hills, MI 48334 | Attorneys for Plaintiff *SGT. SARVER*<br><br>Telephone: 248.539.9081<br>Facsimile: 248.413.2647<br>E-mail: tweglarz@weglarzlaw.com |
| Michael R. Dezsi<br>615 Griswold Street, Suite 719<br>Detroit, MI 48226 | Attorney for Plaintiff *SGT. SARVER*<br><br>Telephone: 313.879.1206<br>Facsimile: 313.963.5221<br>E-mail: mdezsi@dezsilaw.com |
| Erik L. Jackson<br>Cozen O'Connor<br>601 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017 | Attorneys for Plaintiff *SGT. SARVER*<br><br>Telephone: 213.892.7961<br>Facsimile: 866.484.0947<br>E-mail: ejackson@cozen.com |
| Linda George, Esq.<br>577 Summit Avenue<br>Hackensack, NJ 07601 | Attorneys for Plaintiff *SGT. SARVER*<br><br>Telephone: 201.487.5225<br>Facsimile:<br>E-mail: |
| Geoffrey N. Fieger<br>19390 W. Ten Mile Road<br>Southfield, MI 48075 | Attorneys for Plaintiff *SGT. SARVER*<br>Telephone: 248.355.5555<br>Facsimile: 248.355.5148<br>E-mail: g.fieger@fiegerlaw.com |
| Jon-Jamison Hill, Esq.<br>Eisner Frank & Kahan<br>9601 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90210 | Attorneys for Defendants *NICOLAS CHARTIER, THE HURT LOCKER, GREG SHAPIRO, TONY MARK, DONALL McCUSKER, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA LP, FIRST LIGHT PRODUCTIONS INC. AND KINGSGATE FILMS INC.*<br><br>Telephone: 310.855.3200<br>Facsimile: 310.855.3201<br>E-mail: jhill@eisnerlaw.com |

| | |
|---|---|
| Jackie M Joseph, Esq.<br>Eisner Frank & Kahan<br>9601 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90210 | Attorneys for Defendants *NICOLAS CHARTIER, THE HURT LOCKER, GREG SHAPIRO, TONY MARK, DONALL McCUSKER, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA, LP, FIRST LIGHT PRODUCTIONS INC., AND KINGSGATE FILMS INC.*<br><br>Telephone: 310.855.3200<br>Facsimile: 310.855.3201<br>E-mail: jjoseph@eisnerlaw.com |
| Timothy Joseph Gorry, Esq.<br>Eisner, Frank & Kahan<br>9601 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90210 | Attorneys for Defendants *NICOLAS CHARTIER, THE HURT LOCKER, GREG SHAPIRO, TONY MARK, DONALL McCUSKER, VOLTAGE PICTURES, LLC., GROSVENOR PARK MEDIA, LP, FIRST LIGHT PRODUCTIONS INC. AND KINGSGATE FILMS INC.*<br><br>Telephone: 310.855.3200<br>Facsimile: 310.855.3201<br>E-mail: tgorry@eisnerlaw.com |
| David Halberstadter, Esq.<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Attorneys for Defendant *SUMMIT ENTERTAINMENT, LLC*<br><br>Telephone: 310.788.4400<br>Facsimile: 310.788.4471<br>Email: david.halberstadter@kattenlaw.com |
| Sally Wu, Esq.<br>Katten Muchin Rosenman<br>2029 Century Park East Suite 2600<br>Los Angeles, CA 90067<br>310-788-4400 | Attorneys for Defendant *SUMMIT ENTERTAINMENT, LLC*<br><br>Telephone: 310.788.4400<br>Facsimile: 310.788.4471<br>Email: sally.wu@kattenlaw.com |
| Scott A Resnik, Esq.<br>Katthen Muchin & Rosenman LLP<br>575 Madison Avenue 14th Floor<br>New York, NY 10022 | Attorneys for Defendant *SUMMIT ENTERTAINMENT, LLC*<br><br>Telephone: 212.940.8543<br>Facsimile:<br>Email: scott.resnik@kattenlaw.com |

2

| | |
|---|---|
| Stephen M. Orlofsky, Esq.<br>Blank Rome LLP<br>301 Carnegie Center 3rd Floor<br>Princeton, NJ 08540 | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL*<br><br>Telephone: 609.750.2646<br>Facsimile:<br>Email: |
| Andrew James Hughes, Esq.<br>Blank Rome LLP<br>301 Carnegie Center 3rd Floor<br>Princeton, NJ 08540 | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL*<br><br>Telephone: 609.750.7706<br>Facsimile:<br>Email: hughes-a@blankrome.com |
| Dale F Kinsella, Esq.<br>Kinssella Weitzman Iser Kump & Aldisert LLP<br>808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, CA 90401 | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL*<br><br>Telephone: 310.556.9800<br>Facsimile: 310.566.9850<br>Email: dkinsella@kwikalaw.com |
| Jeremiah Tracy Reynolds, Esq.<br>Kinsella Weitzman Iser Kump and Aldisert<br>808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, CA 90401 | Attorneys for Defendants *KATHRYN BIGELOW AND MARK BOAL*<br><br>Telephone: 310.556.9800<br>Facsimile: 310.566.9850<br>Email: jreynolds@kwikalaw.com |