# FIEGER, FIEGER, KENNEY, GIROUX & DANZIG
### A PROFESSIONAL CORPORATION

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR

GEOFFREY NELS FIEGER
MI, FL AND AZ BAR

JEREMIAH JOSEPH KENNEY
MI AND OH BAR (1949-2005)

ROBERT M. GIROUX
JEFFREY A. DANZIG

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

JAMES J. HARRINGTON, IV
HELEN K. JOYNER
LEON J. WEISS
MI AND FL BAR
MICHAEL T. RATTON
THOMAS R. WARNICKE
JONATHAN R. MARKO
STEPHEN M. SMOLENSKI
E. JASON BLANKENSHIP
BRIAN R. GARVES
CAROLINE M. WHITTEMORE
JAMES S. CRAIG
MARTIN T. SHEPHERD

*Appellate Department*
HEATHER A. GLAZER
SIMA G. PATEL
MI AND CO BAR
MATTHEW D. KLARULAK

*Of Counsel*
BARRY FAYNE
JACK BEAM

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 19 2011

FILED_____
DOCKETED_____
DATE      INITIAL

December 15, 2011

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119.3939

Re:  No: 11-56986
     D.C.No.: 2:10-cv-09034-JHN-JC
     Short Title: Sgt. Jeffrey Sarver v Nicolas Chartier, et al.

To Whom It May Concern:

This letter is to request the removal of the below attorney from the docket. Mr. Fieger is no longer representing Sgt. Sarver.

Geoffrey N. Fieger
FIEGER, FIEGER, KENNEY JOHNSON & GIROUX PC
19390 West Ten Mile Road
Southfield, Michigan 48075
G.Fieger@Fiegerlaw.com

Sincerely,

Vanessa Kouloumberis
Legal Assistant to Geoffrey Fieger
Fieger, Fieger, Kenney, Giroux & Danzig
19390 West Ten Mile Road
Southfield, Michigan 48075
(248) 355-5555