Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 11-56986

Case Name: Sgt. Jeffrey Sarver v. Nicolas Chartier, et al.

The Clerk will enter my appearance as counsel on behalf of: Summit Entertainment LLC

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Appellant/Cross-Appellee
☒ Appellee    ☐ Respondent   ☐ Intervenor      ☐ Appellee/Cross-Appellant

☐ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☒ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Sally Wu

Signature (use "s/" format): /s/ Rebecca F. Ganz       Date: April 2, 2012

Name: Rebecca F. Ganz

Address: Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600

City: Los Angeles   State: CA   Zip Code: 90067

Phone Number (including area code): (310) 788-4400