**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NICOLAS CHARTIER; et al., <br><br> Defendants - Appellees., <br><br> _____, <br><br> PLAYBOY ENTERPRISES, INC., <br><br> Defendant. | No. 11-56986 <br><br> D.C. No. 2:10-cv-09034-JHN-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| SGT. JEFFREY S. SARVER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NICOLAS CHARTIER; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> PLAYBOY ENTERPRISES, INC., <br><br> Defendant. | No. 12-55429 |

These appeals are consolidated.

The briefing schedules previously established by the court are vacated. The following schedule shall control briefing of these consolidated appeals: appellant shall file an opening brief on or before June 18, 2012; appellees shall file an answering brief on or before July 18, 2012; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

The court has determined that these appeals will not be selected for inclusion in the Mediation Program.

All further inquiries regarding these appeals, including requests for extensions of time, should be directed to the Clerk's office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeals are pending.

FOR THE COURT:

By: C. Lewis Ross
Circuit Mediator

clr/mediation