LAW OFFICES OF

# TODD J. WEGLARZ

A PROFESSIONAL LIMITED LIABILITY CORPORATION

TODD J. WEGLARZ

ATTORNEYS AND COUNSELORS AT LAW
30903 NORTHWESTERN HIGHWAY, SUITE 250
FARMINGTON HILLS, MI 48334
TELEPHONE: 248.539.9081
FAX: 248.413.2647
e-mail: tweglarz@weglarzlaw.com
website: www.weglarzlaw.com

WILLIAM J. MCHENRY
*Of Counsel*
ARNOLD J. MATUSZ
*Of Counsel*
PAUL W. BROSCHAY
*Of Counsel*
MICHAEL R. DEZSI
*Of Counsel*

June 4, 2012

**VIA ELECTRONIC MAIL**

Jeremiah Reynolds
jreynolds@kwikalaw.com

Jon Jamison-Hill
jhill@eisnerlaw.com

Jackie Joseph
jjoseph@eisnerlaw.com

David Halberstadter
david.halberstadter@kattenlaw.com

Rebecca Ganz
rebecca.ganz@kattenlaw.com

Erik Jackson
ejackson@cozen.com

Michael Dezsi
mdezsi@dezsilaw.com

Re: *Sarver v The Hurt Locker, et al*

Dear Counsel:

Please be advised the Court granted Appellant's oral request for extension. The deadline for Appellant's brief is now July 2, 2012, and Appellees' Briefs are now due August 1, 2012. Please be further advised there will be no ECF notification other than the filing of this letter. Thank you. I remain,

Very truly yours,

Todd J. Weglarz