UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

SGT. JEFFREY S. SARVER,

        Plaintiff - Appellant,

 v.

NICOLAS CHARTIER; et al.,

        Defendants - Appellees.

_____

PLAYBOY ENTERPRISES, INC.,

        Defendant.

Nos. 11-56986, 12-55429

D.C. No. 2:10-cv-09034-JHN-JC
U.S. District Court for Central
California, Los Angeles

**ORDER**

---

The opening brief submitted on July 2, 2012 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief

in paper format, with a blue cover, accompanied by certification (attached to the

end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application, not from PACER or Appellate ECF.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Regine Ho
Deputy Clerk