Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939, San Francisco, California 94119-3939
www.ca9.uscourts.gov

## Form 7: NOTICE OF JOINT BRIEF
### Under Ninth Circuit Rule 28-4

9th Cir. No. 11-56986    Case Name: Sgt. Jeffrey Sarver    v. Nicolas Chartier, et al.

**We certify that the following**
- [ ] Appellants
- [ ] Appellants/cross-appellees
- [x] Appellees
- [ ] Appellees/cross-appellants

Party names: The Hurt Locker, LLC, Greg Shapiro, Nicolas Chartier, Voltage Pictures, LLC Grosvenor Park Media, L.P., Kingsgate Film, Inc., Summit Entertainment, LLC Mark Boal; Kathryn Bigelow

[x] **1. Are separately represented and will file a joint**

- [ ] Opening brief
- [ ] Opening brief on cross-appeal
- [x] Answering brief
- [ ] Answering/opening brief on cross-appeal
- [ ] Reply brief
- [ ] Reply/answering brief on cross-appeal
- [ ] Cross-appeal reply brief

[ ] **2. Are responding to a joint or multiple brief.**

**We certify that no previous extensions of time to file this brief have been requested, the case has not been expedited, and we are eligible for an extension of time under Circuit Rule 28-4.**

Pursuant to Circuit Rule 28-4, the brief's due date will be extended for 21 days and the size enlarged by 5 monotype pages or 1,400 words.

Subsequent briefing will proceed as follows:
< The answering brief will be due 30 days from service of the joint opening brief.
< The reply brief will be due 14 days from service of the joint answering brief.
< The answering/opening brief will be due 40 days from service of the joint opening brief on cross-appeal.
< The reply/answering brief will be due 30 days from service of the joint answering/opening brief on cross-appeal.
< The cross-appeal reply brief will be due 14 days from service of the joint reply/answering brief.

| Signature | | Counsel for: | |
|---|---|---|---|
| Signature | /s/ David Halberstadter | Counsel for: | Summit Entertainment, LLC |
| Signature | /s/ Jon Jamison Hill | Counsel for: | The Hurt Locker, LLC, Greg Shapiro, et al. |
| Signature | /s/ Jeremiah Reynolds | Counsel for: | Mark Boal and Kathryn Bigelow |
| Signature | | Counsel for: | |

Additional sheets may be attached for the signatures of additional counsel. "s/" plus the attorney name may be used in lieu of a manual signature on electronically-filed documents.
*THIS NOTICE MUST BE FILED WITH THE COURT AND SERVED ON OPPOSING COUNSEL AND ACCOMPANIED BY PROOF OF SUCH SERVICE.*

9th Circuit Case Number(s) | 11-56986

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*******************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) July 24, 2012 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/Mamie Hardy

*******************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)