UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NICOLAS CHARTIER; et al.,<br><br>        Defendants - Appellees.<br><br>_____<br><br>PLAYBOY ENTERPRISES, INC.,<br><br>        Defendant. | Nos. 11-56986, 12-55429<br><br>D.C. No. 2:10-cv-09034-JHN-JC<br>U.S. District Court for Central<br>California, Los Angeles<br><br>**ORDER** |

The joint answering brief submitted on August 22, 2012 is filed.

Within 7 days of this order, appellees are ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Regine Ho
Deputy Clerk