**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 21 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>NICOLAS CHARTIER; et al.,<br><br>　　　　Defendants - Appellees. | Nos. 11-56986 and 12-55429<br><br>D.C. No. 2:10-cv-09034-JHN-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

　　　　The motion of Entertainment Merchants Association and Motion Picture Association of America, Inc. to file an amicus curiae brief in support of the appellees and any response thereto shall be referred to the panel that will consider the merits of the appeal for resolution.

　　　　Within 7 days after the date of this order, movant is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically.

　　　　A sample certificate is available on the Court's website, www.ca9.uscourts.gov at the Electronic Filing - ECF link.  The paper copies shall

17SEPT2012/LBS/Pro Mo

11-56986

be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court


        Lorela Bragado-Sevillena
        Deputy Clerk
            Ninth Circuit Rule 27-7/Advisory Note
            to Rule 27 and Ninth Circuit Rule 27-10