<blockquote>

i. Being portrayed as a father who did not love his son, and who enjoyed being in war in the face of death more than being with his son;

ii. Being portrayed as a "messed up"[9] soldier whose success was attained only because Plaintiff was foolish and crazy enough to take reckless and uncalculated risks which greatly endangered the lives of Plaintiff and his colleagues;

iii. Being portrayed as a "weird" and unstable person who is fascinated with / addicted to the thrill of war and death, who enjoys playing cruel practical jokes on people (ie telling a young child he will chop off his head with a dull knife (for selling him a poor quality DVD movie), after which he tells the child he is "just kidding"; callously ordering an Iraqi civilian to get inside of a car bomb, after which Plaintiff tells the frightened man "I'm kidding");

</blockquote>

e. The obvious consequence of portraying Plaintiff - an active military member whose military skills and respect from his peers, commanders, and subordinates, are not only essential to Plaintiff's own military career, but also essential to the continued success of our nation's military operations - in such a negative and untrue light is that Plaintiff will lose the respect he previously enjoyed amongst his colleagues, and Plaintiff will always have to question whether his fellow soldiers will continue to protect him, whether he will be given regular promotions, and whether soldiers will still follow his leadership.

94. Notwithstanding Defendants' knowledge of the above, Defendants proceeded with the distribution and publication of both the film and DVD versions of "The Hurt Locker", said conduct amounting to extreme and outrageous conduct under the circumstances.

95. Defendants' actions in publishing both the film and DVD versions of "The Hurt Locker", notwithstanding the above information and knowledge, were and are the proximate cause of Plaintiff's severe emotional distress related to the release of these movies.

96. Plaintiff's above referenced severe emotional distress is to the extent that no reasonable could be expected to endure the distress which Plaintiff has endured and continues to endure.

---

[9] The words Jimmy Fallon used when describing his thoughts of the character "Will James" during his discussion with Jeremy Renner.

0195

## COUNT VI

### ACTUAL / INTENTIONAL FRAUD
### ALL DEFENDANTS

97.     Plaintiff hereby restates and re-alleges each and every allegation contained in paragraphs one through ninety-five (96) as if fully set forth herein.

98.     Throughout his embedment with Plaintiff's Army Unit, Defendant BOAL repeatedly represented to the service members, and to Plaintiff in particular, that the purpose of his embedment and reporting activities was to report on the unit's EOD operations, *in general*.

99.     Throughout his embedment, Defendant BOAL never represented he was embedded with Plaintiff's Army Unit for the purpose of flushing out and documenting Plaintiff's personal information, including Plaintiff's name and likeness, photographing and videotaping Plaintiff's name and likeness, or recording Plaintiff's name and likeness, for the ultimate purpose of writing an article or making a major motion film or DVD about the Plaintiff's personal life and likeness.

100.    Unbeknownst to Plaintiff, throughout his embedment with Plaintiff's Army unit, Defendant BOAL was in regular contact with Defendant BIGELOW, conveying to her the information he gathered about the Plaintiff and Plaintiff's experiences.

101.    Unbeknownst to Plaintiff, the Defendants were likely already in the process of writing a "movie" for their own material and commercial gain, made possible only through the Defendants' exploitation and amusement of a soldier who was risking his life on a daily basis in the theater of war, not just for the protection of his country and the Iraqi citizens, but also for the personal protection of the Defendant BOAL.

102.    Even when Defendant BOAL met with Plaintiff and several other soldiers of the 788th in Wisconsin after they arrived home, Defendant BOAL led Plaintiff to believe that

0196

1   Defendant's reporting activities were still for the purpose of writing an article about EOD
2   operations *in general.*

3        103.    Had Defendant BOAL been honest and upfront with Plaintiff about the real purpose
4   and intent of his reporting activities, Plaintiff would have never consented to providing Defendant
5   BOAL with his personal and other information.

6        104.    The Defendants' conduct and misrepresentations as referenced above amount to
7   Actual / Intentional Fraud committed against the Plaintiff, in that Defendants' misrepresentations
8   were:
9

10          a.   Material and false;

11          b.   Known by Defendants to be false, or, recklessly made by Defendants without any
                 knowledge of its / their truth as a positive assertion; and
12

13          c.   Made with the intent that Plaintiff should act thereon.
14

15       105.    That Plaintiff acted in reliance on Defendants' misrepresentations by providing
     Defendant BOAL with his personal and other information.
16

17       106.    That as a direct and proximate result of Defendants' Actual / Intentional Fraud,
18   Plaintiff suffered the injuries and damages as more fully described above.

19
         WHEREFORE, Plaintiff requests that this Honorable Court enter a Judgment in favor of
20
     Plaintiff and against Defendants in an amount in excess of Seventy-Five Thousand ($75,000.00)
21
     Dollars, plus costs, interest and attorney fees.
22

23

24

25

26

27

28

0197

**COUNT VII**

**CONSTRUCTIVE FRAUD / NEGLIGENT MISREPRESENTATION
ALL DEFENDANTS**

107.  Plaintiff hereby restates and re-alleges each and every allegation contained in paragraphs one through one hundred five (106) as if fully set forth herein.

108.  At all times relevant, Defendants owed to Plaintiff both a common law duty and a contractual duty by virtue of the express and implied agreements entered into between BOAL / PLAYBOY and the United States, and between BOAL/PLAYBOY and Plaintiff, to carefully and reasonably carry out any publications regarding the Plaintiff.

109.  Included within this ordinary duty of care is the duty and responsibility of Defendants to fully and accurately represent to Plaintiff the full purpose and full intended use of any information or likeness provided by Plaintiff to Defendants.

110.  Because Defendants never represented to Plaintiff, prior to or during the gathering and taking of Plaintiff's information, that the full purpose and intended use was not for an article about EOD operations *in general*, but for a sensationalized story and major motion picture centered around and about the Plaintiff's personal information and likeness, Defendants' conduct amounted to a negligent misrepresentation on which Plaintiff justifiably relied, to his detriment, as explained above.

111.  That as a direct and proximate result of Defendants' Constructive Fraud / Negligent Misrepresentation, Plaintiff suffered the injuries and damages as more fully described above.

WHEREFORE, Plaintiff requests that this Honorable Court enter a Judgment in favor of Plaintiff and against Defendants in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus costs, interest and attorney fees.

0198

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**LINDA GEORGE**

s/Linda George
Linda George
Attorney for Plaintiff
577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
lgdefense@yahoo.com

## **DEMAND FOR JURY TRIAL**

NOW COMES Plaintiff, SGT. JEFFREY SARVER, by and through his attorney, LINDA

GEORGE and hereby demands a trial by jury in the above-captioned matter.

Respectfully submitted,

**LINDA GEORGE**

s/Linda George
Linda George
Attorney for Plaintiff
577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
lgdefense@yahoo.com

0199

(JCx), APPEAL, CLOSED, DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:10-cv-09034-JHN-JC

Jeffrey S. Sarver v. The Hurt Locker LLC et al
Assigned to: Judge Jacqueline H. Nguyen
Referred to: Magistrate Judge Jacqueline Chooljian
Case in other court: 9th CCA, 11-56986
                9th CCA, 12-55429
                New Jersey, 2:10-cv-01076
Cause: 28:1332 Diversity-Fraud

Date Filed: 11/23/2010
Date Terminated: 10/13/2011
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Sgt. Jeffrey S. Sarver**                                 represented by  **Erik Louis Jackson**
Cozen O'Connor
601 South Figueroa Street Suite 3700
Los Angeles, CA 90017
213-892-7900
Fax: 213-892-7999
Email: ejackson@cozen.com
*ATTORNEY TO BE NOTICED*

**Geoffrey Nels Fieger**
Fieger Fieger Kenney Johnson and
Giroux PC
19390 West Ten Mile Road
Southfield, MI 48075
248-355-5555
Fax: 248-355-5148
Email: G.Fieger@fiegerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda George**
577 Summit Avenue
Hackensack, NJ 07601
201-487-5225
*ATTORNEY TO BE NOTICED*

**Nathan Dooley**
Cozen O'Connor
601 South Figueroa Street Suite 3700
Los Angeles, CA 90017
213-892 7900
Fax: 213-892-7999

**0200**

Email: ndooley@cozen.com
*ATTORNEY TO BE NOTICED*

**Todd J Weglarz**
Todd Weglarz Law Offices
30903 Northwestern Highway Suite 250

Framington Hills, MI 48334
248-539-9081
Fax: 248-413-2647
Email: tweglarz@weglarzlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nicolas Chartier**                    represented by **Jon-Jamison Hill**
                                                        Eisner Frank & Kahan
                                                        9601 Wilshire Boulevard
                                                        Suite 700
                                                        Beverly Hills, CA 90210
                                                        310-855-3200
                                                        Fax: 310-855-3201
                                                        Email: jhill@eisnerlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Charles J Falletta**
                                                        Sills Cummis & Gross
                                                        One Riverfront Plaza
                                                        Newark, NJ 07102
                                                        973-643-7000
                                                        Fax: 973-643-6500
                                                        Email: cjfalletta@gmail.com
                                                        *TERMINATED: 01/03/2011*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jackie M Joseph**
                                                        Eisner Frank & Kahan
                                                        9601 Wilshire Boulevard Suite 700
                                                        Beverly Hills, CA 90210
                                                        310-855-3200
                                                        Fax: 310-855-3201
                                                        Email: jjoseph@eisnerlaw.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Timothy Joseph Gorry**
                                                        Eisner, Frank & Kahan

**0201**

9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210
310-855-3200
Email: tgorry@eisnerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Summit Entertainment, LLC**                    represented by **David Halberstadter**
Katten Muchin Zavis Rosenman
2029 Century Park East Suite 2600
Los Angeles, CA 90067-3012
310-788-4400
Fax: 310-788-4471
Email:
david.halberstadter@kattenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Faye Ganz**
Katten Muchin Rosenman LLP
2029 Century Park East Suite 2600
Los Angeles, CA 90067
310-788-4400
Fax: 310-788-4471
Email: rebecca.ganz@kattenlaw.com
*ATTORNEY TO BE NOTICED*

**Sally Wu**
Katten Muchin Rosenman
2029 Century Park East Suite 2600
Los Angeles, CA 90067
310-788-4400
Email: sallywu42@gmail.com
*TERMINATED: 04/02/2012*
*ATTORNEY TO BE NOTICED*

**Scott A Resnik**
Katthen Muchin & Rosenman LLP
575 Madison Avenue 14th Floor
New York, NY 10022
212-940-8543
Email: scott.resnik@kattenlaw.com
*TERMINATED: 01/07/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Playboy Enterprises, Inc.**                    represented by **Anthony Michael Glassman**
*Jointly and Severally*                          Glassman Browning Saltsman and
*TERMINATED: 02/23/2011*                         Jacobs

**0202**

360 North Bedford Drive
Suite 204
Beverly Hills, CA 90210-5157
310-278-5100
Fax: 310-271-6041
Email: amg@gbsjlaw.com
*ATTORNEY TO BE NOTICED*

**Richard A Ulsamer**
Tompkins McGuire Wachenfeld &
Barry LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
973-622-300
Email:
rulsamer@tompkinsmcguire.com
*TERMINATED: 02/10/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Berkowitz**
Steven Berkowitz Law Offices
360 North Bedford Drive Suite 204
Beverly Hills, CA 90210
310-278-5100
Fax: 310-271-6041
Email: sberkowitz@gbsjlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathryn Bigelow**                    represented by  **Stephen M Orlofsky**
Blank Rome LLP
301 Carnegie Center 3rd Floor
Princeton, NJ 08540
609-750-2646
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Hughes**
Blank Rome LLP
301 Carnegie Center 3rd Floor
Princeton, NJ 08540
609-750-7706
Email: hughes-a@blankrome.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dale F Kinsella**
Kinssella Weitzman Iser Kump &

**0203**

Aldisert LLP
808 Wilshire Boulevard 3rd Floor
Santa Monica, CA 90401
310-556-9800
Fax: 310-566-9850
Email: dkinsella@kwikalaw.com
*ATTORNEY TO BE NOTICED*

**Jeremiah Tracy Reynolds**
Kinsella Weitzman Iser Kump and
Aldisert
808 Wilshire Blvd 3rd Fl
Santa Monica, CA 90401
310-566-9800
Fax: 310-566-9850
Email: jreynolds@kwikalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Hurt Locker LLC**                    represented by **Jon-Jamison Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Falletta**
(See above for address)
*TERMINATED: 01/03/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jackie M Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Gorry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Boal**                    represented by **Stephen M Orlofsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Hughes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremiah Tracy Reynolds**

**0204**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Shapiro**                              represented by **Jon-Jamison Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Falletta**
(See above for address)
*TERMINATED: 01/03/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jackie M Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Gorry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Mark**

**Defendant**

**Donall McCusker**

**Defendant**

**Voltage Pictures, LLC**                     represented by **Jon-Jamison Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Falletta**
(See above for address)
*TERMINATED: 01/03/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jackie M Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Gorry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**0205**

**Grosvenor Park Media LP**  represented by  **Jon-Jamison Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jackie M Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Gorry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**First Light Productions Inc.**

**Defendant**

**Kingsgate Films Inc.**  represented by  **Jon-Jamison Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Falletta**
(See above for address)
*TERMINATED: 01/03/2011*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jackie M Joseph**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Gorry**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2010 | 1 | COMPLAINT against KATHRYN BIGELOW, MARK BOAL, NICOLAS CHARTIER, FIRST LIGHT PRODUCTIONS, INC., GROSVENOR PARK MEDIA, LP, KINGSGATE FILMS, INC., TONY MARK, DONALL MCCUSKER, PLAYBOY ENTERPRISES, INC., GREG SHAPIRO, SUMMIT ENTERTAINMENT, LLC, THE HURT LOCKER, LLC, VOLTAGE PICTURES, LLC ( Filing fee $ 350 receipt number 2978328.) No Summons Attached., filed by JEFFREY S. SARVER. (Attachments: # 1 Exhibit A)(dr, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 03/04/2010) |
| 03/02/2010 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. Pro. 7.1, a disclosure statement is required to be filed. Please |

0206

|  |  |  |
|---|---|---|
|  |  | refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (dr, )[Transferred from New Jersey on 11/23/2010.] (Entered: 03/05/2010) |
| 03/04/2010 | 2 | SUMMONS ISSUED as to KATHRYN BIGELOW, MARK BOAL, NICOLAS CHARTIER, FIRST LIGHT PRODUCTIONS, INC., GROSVENOR PARK MEDIA, LP, KINGSGATE FILMS, INC., TONY MARK, DONALL MCCUSKER, PLAYBOY ENTERPRISES, INC., GREG SHAPIRO, SUMMIT ENTERTAINMENT, LLC, THE HURT LOCKER, LLC, VOLTAGE PICTURES, LLC Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *DIANNE C. RICHARDS* (dr, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 03/04/2010) |
| 03/17/2010 | 3 | MOTION for Leave to Appear Pro Hac Vice by JEFFREY S. SARVER. (Attachments: # 1 Certification, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 03/17/2010) |
| 03/17/2010 | 4 | MOTION for Leave to Appear Pro Hac Vice by JEFFREY S. SARVER. (Attachments: # 1 Certification, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 03/17/2010) |
| 03/18/2010 |  | Set Deadlines as to 3 MOTION for Leave to Appear Pro Hac Vice, 4 MOTION for Leave to Appear Pro Hac Vice. Motion set for 4/19/2010 before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 03/18/2010) |
| 04/19/2010 | 5 | ORDER granting 4 Motion for Leave to Appear Pro Hac Vice as to Todd J. Weglarz. Signed by Magistrate Judge Mark Falk on 4/19/10. (jd, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 04/19/2010) |
| 04/19/2010 | 6 | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice as to Geoffrey N. Fieger. Signed by Magistrate Judge Mark Falk on 4/19/10. (jd, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 04/20/2010) |
| 04/30/2010 |  | Pro Hac Vice fee: $ 150, receipt number 939 re: Todd J. Weglarz (sr, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 04/30/2010) |
| 05/03/2010 |  | Pro Hac Vice fee as to GEOFFREY FIEGER, ESQ.: $ 150, receipt number NEW000956 (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/06/2010) |
| 05/13/2010 | 7 | Application and Proposed Order for Clerk's Order to extend time to answer as to Complaint. Attorney CHARLES J. FALLETTA for NICOLAS CHARTIER,CHARLES J. FALLETTA for THE HURT LOCKER, LLC,CHARLES J. FALLETTA for VOLTAGE PICTURES, LLC added. (FALLETTA, CHARLES) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/13/2010) |
| 05/14/2010 |  | CLERKS TEXT ORDER - The Application for a Clerks Order Extending |

**0207**

| | | Time to Answer - Document #7 submitted by (C. FALLETTA) on (5/13/10) has been GRANTED. The answer due date has been set for (6/1/10). (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/14/2010) |
|---|---|---|
| 05/18/2010 | 8 | MOTION *REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION* by JEFFREY S. SARVER. (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/18/2010) |
| 05/18/2010 | 9 | MOTION *REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION* by JEFFREY S. SARVER. (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/18/2010) |
| 05/27/2010 | 10 | MOTION for Leave to Appear Pro Hac Vice *Of David Halberstadter* by SUMMIT ENTERTAINMENT, LLC. (Attachments: # 1 Certification of Scott A. Resnik, # 2 Affidavit of David Halberstadter In Support, # 3 Text of Proposed Order, # 4 Certificate of Service)(RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/27/2010) |
| 05/27/2010 | 11 | MOTION for Leave to Appear Pro Hac Vice *Of Sally Wu* by SUMMIT ENTERTAINMENT, LLC. (Attachments: # 1 Certification of Scott A. Resnik, # 2 Affidavit of Sally Wu In Support, # 3 Text of Proposed Order, # 4 Certificate of Service)(RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/27/2010) |
| 05/28/2010 | | Set Deadlines as to 10 MOTION for Leave to Appear Pro Hac Vice *Of David Halberstadter*, 11 MOTION for Leave to Appear Pro Hac Vice *Of Sally Wu*. Motion set for 6/21/2010 before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/28/2010) |
| 05/28/2010 | 12 | Application and Proposed Order for Clerk's Order to extend time to answer as to SUMMIT ENTERTAINMENT, LLC.. (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 05/28/2010) |
| 06/01/2010 | | CLERKS TEXT ORDER - The Application for a Clerks Order Extending Time to Answer - Document #12 submitted by S. RESNIK on 5/28/10 has been GRANTED. The answer due date has been set for 6/16/10. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/01/2010) |
| 06/01/2010 | 13 | MOTION to Change Venue by PLAYBOY ENTERPRISES, INC.. (Attachments: # 1 Text of Proposed Order Transferring Action to U.S. District Court for the Central District of California, # 2 Certification Of Howard Shapiro in Support of Motion to Transfer Venue, # 3 Brief In Support of Motion to Transfer Venue, # 4 Corporate Disclosure (Re Complaint only), # 5 Certification Pursuant to L.Cv.R. 11.2, # 6 Certificate of Service)(ULSAMER, RICHARD) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/01/2010) |
| 06/01/2010 | 14 | Corporate Disclosure Statement by NICOLAS CHARTIER, THE HURT LOCKER, LLC, VOLTAGE PICTURES, LLC identifying Underdogs, LLC |

**0208**

| | | |
|---|---|---|
| | | as Corporate Parent.. (FALLETTA, CHARLES) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/01/2010) |
| 06/01/2010 | 15 | MOTION to Dismiss by NICOLAS CHARTIER, THE HURT LOCKER, LLC, VOLTAGE PICTURES, LLC. (Attachments: # 1 Brief, # 2 Certification Certification of Mark Boal in Support of Defendants' Motion to Dismiss, # 3 Certification Certification of Nicholas Chartier in Support of Defendants' Motion to Dismiss, # 4 Certification Certification of Timothy J. Gorry, # 5 Certification Certification of William Lewis in Support of Defendants' Motion to Dismiss, # 6 Certification Certification of Charles J. Falletta Pursuant to L. Civ. R. 11.2, # 7 Text of Proposed Order, # 8 Certificate of Service)(FALLETTA, CHARLES) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/01/2010) |
| 06/02/2010 | | Set Deadlines as to 13 MOTION to Change Venue, 15 MOTION to Dismiss. Motion set for 7/6/2010 before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/02/2010) |
| 06/07/2010 | 16 | ORDER granting 11 Motion for Leave to Appear Pro Hac Vice as to SALLY WU, ESQ.. Signed by Magistrate Judge Mark Falk on 6/7/10. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/08/2010) |
| 06/07/2010 | 17 | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice as to DAVID HALBERSTADTER, ESQ.. Signed by Magistrate Judge Mark Falk on 6/7/10. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/08/2010) |
| 06/09/2010 | 18 | MOTION for Leave to Appear Pro Hac Vice by PLAYBOY ENTERPRISES, INC.. (Attachments: # 1 Text of Proposed Order, # 2 Certification of Anthony Michael Glassman in Support of Motion for Admission Pro Hac Vice, # 3 Certification of Local Counsel Richard A. Ulsamer in Support of Motion Seeking Pro Hac Vice Admission of Anthony Michael Glassman, # 4 Certificate of Service)(ULSAMER, RICHARD) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/09/2010) |
| 06/10/2010 | | Set Deadlines as to 18 MOTION for Leave to Appear Pro Hac Vice. Motion set for 7/6/2010 before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/10/2010) |
| 06/10/2010 | 19 | MOTION for Leave to Appear Pro Hac Vice by PLAYBOY ENTERPRISES, INC.. (Attachments: # 1 Text of Proposed Order, # 2 Certification of Steven Berkowitz, Esq. in Support of Motion for Admission Pro Hac Vice, # 3 Certification of Local Counsel Richard A. Ulsamer in Support of Motion Seeking the Pro Hac Vice Admission of Steven Berkowitz, Esq., # 4 Certificate of Service)(ULSAMER, RICHARD) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/10/2010) |
| 06/11/2010 | | Set Deadlines as to 19 MOTION for Leave to Appear Pro Hac Vice. Motion set for 7/6/2010 before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. |

| | | (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/11/2010) |
|---|---|---|
| 06/15/2010 | 20 | MOTION to Dismiss for Lack of Jurisdiction , *Improper Venue, and Failure to State a Claim* by KATHRYN BIGELOW, MARK BOAL. Responses due by 7/6/2010 (Attachments: # 1 Brief In Support of Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim and, in the Alternative, to Transfer Venue, # 2 Declaration of Mark Boal, # 3 Declaration of Kathryn Bigelow, # 4 Text of Proposed Order, # 5 Certificate of Service)(ORLOFSKY, STEPHEN) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/15/2010) |
| 06/15/2010 | 21 | WAIVER OF SERVICE Returned Executed by JEFFREY S. SARVER. GREG SHAPIRO waiver sent on 5/13/2010, answer due 7/12/2010. (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/15/2010) |
| 06/15/2010 | 22 | WAIVER OF SERVICE Returned Executed by JEFFREY S. SARVER. KINGSGATE FILMS, INC. waiver sent on 5/13/2010, answer due 7/12/2010. (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/15/2010) |
| 06/15/2010 | 23 | NOTICE of Appearance by ANDREW JAMES HUGHES on behalf of KATHRYN BIGELOW, MARK BOAL (HUGHES, ANDREW) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/15/2010) |
| 06/16/2010 | 24 | MOTION to Dismiss *And Notice of Joinder* by SUMMIT ENTERTAINMENT, LLC. (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 25 | MEMORANDUM in Support re 24 MOTION to Dismiss *And Notice of Joinder* filed by SUMMIT ENTERTAINMENT, LLC. (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 26 | NOTICE by SUMMIT ENTERTAINMENT, LLC re 24 MOTION to Dismiss *And Notice of Joinder NOTICE OF MANUAL FILING OF DVD* (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 27 | CERTIFICATION in Support re 24 MOTION to Dismiss *And Notice of Joinder CERTIFICATION OF DAVID HALBERSTADTER* filed by SUMMIT ENTERTAINMENT, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 28 | NOTICE by SUMMIT ENTERTAINMENT, LLC re 24 MOTION to Dismiss *And Notice of Joinder REQUEST FOR JUDICIAL NOTICE* (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 29 | Corporate Disclosure Statement by SUMMIT ENTERTAINMENT, LLC. (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 30 | Certification on behalf of SUMMIT ENTERTAINMENT, LLC Re 24 Motion |

**0210**

| | | |
|---|---|---|
| | | to Dismiss. (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 31 | NOTICE by SUMMIT ENTERTAINMENT, LLC re 24 MOTION to Dismiss *And Notice of Joinder PROPOSED ORDER* (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 32 | CERTIFICATE OF SERVICE by SUMMIT ENTERTAINMENT, LLC re 28 Notice (Other), 26 Notice (Other), 31 Notice (Other), 27 Certification in Support of Motion, 30 Certification, 25 Memorandum in Support of Motion, 24 MOTION to Dismiss *And Notice of Joinder*, 29 Corporate Disclosure Statement (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | | Set Deadlines as to 24 MOTION to Dismiss *And Notice of Joinder*, 20 MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim*. Motion set for 7/19/2010 before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/16/2010) |
| 06/16/2010 | 33 | ORDER granting 19 Motion for Leave to Appear Pro Hac Vice as to STEVEN BERKOWITZ, ESQ.. Signed by Magistrate Judge Mark Falk on 6/16/10. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/17/2010) |
| 06/16/2010 | 34 | ORDER granting 18 Motion for Leave to Appear Pro Hac Vice as to ANTHONY MICHAEL GLASSMAN, ESQ.. Signed by Magistrate Judge Mark Falk on 6/16/10. (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/17/2010) |
| 06/16/2010 | 35 | NOTICE of manual filing by SUMMIT ENTERTAINMENT, LLC re 27 Certification in Support of Motion (exhibit forwarded to chambers)(mn, ). [Transferred from New Jersey on 11/23/2010.] (Entered: 06/18/2010) |
| 06/21/2010 | | Pro Hac Vice fee as to SALLY WU, ESQ.: $ 150, receipt number 001719 (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/21/2010) |
| 06/21/2010 | | Pro Hac Vice fee as to DAVID HALBERSTADTER, ESQ.: $ 150, receipt number 001716 (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/21/2010) |
| 06/21/2010 | | Case Reassigned to Judge Magistrate Judge Joseph A. Dickson. Judge Magistrate Judge Mark Falk no longer assigned to the case. (jqb) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/23/2010) |
| 06/22/2010 | 36 | NOTICE by JEFFREY S. SARVER *TO ADJOURN* (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/22/2010) |
| 06/23/2010 | 37 | Notice of Request by Pro Hac Vice David Halberstadter to receive Notices of Electronic Filings. (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/23/2010) |
| 06/23/2010 | 38 | Notice of Request by Pro Hac Vice Sally Wu to receive Notices of Electronic |

**0211**

| | | |
|---|---|---|
| | | Filings. (RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/23/2010) |
| 06/29/2010 | | Pro Hac Vice fee: $ 150, receipt number 1826 re: Anthony Michael Glassman, Esq. (sr, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/29/2010) |
| 06/29/2010 | | Pro Hac Vice fee: $ 150, receipt number 1833 re: Steven Berkowitz, Esq. (sr, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/29/2010) |
| 06/29/2010 | 39 | Notice of Request by Pro Hac Vice Anthony Michael Glassman to receive Notices of Electronic Filings. (ULSAMER, RICHARD) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/29/2010) |
| 06/29/2010 | 40 | Notice of Request by Pro Hac Vice Steven Berkowitz to receive Notices of Electronic Filings. (ULSAMER, RICHARD) [Transferred from New Jersey on 11/23/2010.] (Entered: 06/29/2010) |
| 07/06/2010 | 41 | RESPONSE in Opposition re 13 MOTION to Change Venue, 15 MOTION to Dismiss, 24 MOTION to Dismiss *And Notice of Joinder*, 20 MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim* filed by JEFFREY S. SARVER. (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/06/2010) |
| 07/09/2010 | 42 | RESPONSE in Opposition re 13 MOTION to Change Venue, 15 MOTION to Dismiss, 24 MOTION to Dismiss *And Notice of Joinder*, 20 MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim Amended* filed by JEFFREY S. SARVER. (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/09/2010) |
| 07/09/2010 | 43 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendants Greg Shapiro and Kingsgate Films, Inc.. Attorney CHARLES J. FALLETTA for KINGSGATE FILMS, INC.,CHARLES J. FALLETTA for GREG SHAPIRO added. (FALLETTA, CHARLES)[Transferred from New Jersey on 11/23/2010.] (Entered: 07/09/2010) |
| 07/12/2010 | | CLERKS TEXT ORDER - The Application for a Clerks Order Extending Time to Answer - Document #43 submitted by (C. FALLETTA) on (7/9/10) has been GRANTED. The answer due date has been set for (7/26/10). (DD, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/12/2010) |
| 07/12/2010 | 44 | MEMORANDUM in Support re 24 MOTION to Dismiss *And Notice of Joinder Reply Memorandum of Law,* filed by SUMMIT ENTERTAINMENT, LLC. (Attachments: # 1 Certificate of Service)(RESNIK, SCOTT) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/12/2010) |
| 07/12/2010 | 45 | REPLY BRIEF to Opposition to Motion re 13 MOTION to Change Venue filed by PLAYBOY ENTERPRISES, INC.. (ULSAMER, RICHARD) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/12/2010) |
| 07/12/2010 | 46 | REPLY BRIEF to Opposition to Motion re 20 MOTION to Dismiss for Lack of Jurisdiction *, Improper Venue, and Failure to State a Claim* filed by KATHRYN BIGELOW, MARK BOAL. (Attachments: # 1 Certificate of Service)(ORLOFSKY, STEPHEN) [Transferred from New Jersey on |

|  |  | 11/23/2010.] (Entered: 07/12/2010) |
|---|---|---|
| 07/12/2010 | 47 | REPLY to Response to Motion re 15 MOTION to Dismiss filed by NICOLAS CHARTIER, THE HURT LOCKER, LLC, VOLTAGE PICTURES, LLC. (Attachments: # 1 Certificate of Service)(FALLETTA, CHARLES) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/12/2010) |
| 07/26/2010 | 48 | Corporate Disclosure Statement by KINGSGATE FILMS, INC., GREG SHAPIRO identifying None as Corporate Parent.. (FALLETTA, CHARLES) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/26/2010) |
| 07/26/2010 | 49 | MOTION for Joinder *in Motions to Dismiss Complaint for Improper Venue or Alternatively, to Transfer Venue*, MOTION to Dismiss by KINGSGATE FILMS, INC., GREG SHAPIRO. (Attachments: # 1 Certification of Barry Tyerman, # 2 Certification of Greg Shapiro, # 3 Certification Rule 11.2 Certification, # 4 Brief, # 5 Certificate of Service, # 6 Text of Proposed Order)(FALLETTA, CHARLES) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/26/2010) |
| 07/26/2010 |  | Set Deadlines as to 49 MOTION for Joinder *in Motions to Dismiss Complaint for Improper Venue or Alternatively, to Transfer Venue* MOTION to Dismiss. Motion set for 7/7/2010 10:00 AM before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. (nr, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 08/03/2010) |
| 07/29/2010 | 50 | SUMMONS Returned Executed by JEFFREY S. SARVER. GROSVENOR PARK MEDIA, LP served on 4/26/2010, answer due 5/17/2010. (Attachments: # 1 Exhibit)(GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/29/2010) |
| 07/29/2010 | 51 | SUMMONS Returned Executed by JEFFREY S. SARVER. TONY MARK served on 4/26/2010, answer due 5/17/2010. (Attachments: # 1 Exhibit) (GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/29/2010) |
| 07/29/2010 | 52 | SUMMONS Returned Executed by JEFFREY S. SARVER. DONALL MCCUSKER served on 4/26/2010, answer due 5/17/2010. (Attachments: # 1 Exhibit)(GEORGE, LINDA) [Transferred from New Jersey on 11/23/2010.] (Entered: 07/29/2010) |
| 08/30/2010 | 53 | REPLY BRIEF to Opposition to Motion re 49 MOTION for Joinder *in Motions to Dismiss Complaint for Improper Venue or Alternatively, to Transfer Venue* MOTION to Dismiss filed by KINGSGATE FILMS, INC.. (Attachments: # 1 Certificate of Service)(FALLETTA, CHARLES) [Transferred from New Jersey on 11/23/2010.] (Entered: 08/30/2010) |
| 11/18/2010 | 54 | OPINION. Signed by Judge Dennis M. Cavanaugh on 11/18/10. (jd, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 11/19/2010) |
| 11/18/2010 | 55 | ORDER denying 20 Motion to Dismiss for Lack of Jurisdiction ; denying 24 Motion to Dismiss ; denying 49 Motion to Dismiss ; granting 13 Motion to |

**0213**

| | | |
|---|---|---|
| | | Change Venue to the Central District of California; denying 15 Motion to Dismiss. Signed by Judge Dennis M. Cavanaugh on 11/18/10. (jd, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 11/19/2010) |
| 11/19/2010 | | ***Civil Case Terminated. (jd, ) [Transferred from New Jersey on 11/23/2010.] (Entered: 11/19/2010) |
| 11/23/2010 | 56 | ORIGINAL file, certified copy of transfer order and docket sheet received from New Jersey (Entered: 11/23/2010) |
| 11/23/2010 | 57 | NOTICE OF RECEIPT OF CASE TRANSFERRED-IN: Formerly Case Number: 2:10-cv-01076-DMC-JAD from USDC District of New Jersey. The above-referenced case has been transferred to this district and assigned the above civil case CV 10-9034 JHN (JCx). (et) (Entered: 11/23/2010) |
| 11/23/2010 | 58 | NOTICE TO PARTIES OF ADR PROGRAM filed. (et) (Entered: 11/23/2010) |
| 11/23/2010 | 59 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Linda George for Plaintiff Jeffrey S. Sarver. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) (Entered: 11/23/2010) |
| 11/23/2010 | 60 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Charles J Falletta for Defendants Nicolas Chartier, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) (Entered: 11/23/2010) |
| 11/23/2010 | 61 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Andrew James Hughes for Defendants Kathryn Bigelow, Mark Boal. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) (Entered: 11/23/2010) |
| 11/23/2010 | 62 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Stephen M Orlofsky for Defendants Kathryn Bigelow, Mark Boal. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a |

| | | Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) (Entered: 11/23/2010) |
|---|---|---|
| 11/23/2010 | 63 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Scott A Resnik for Defendant Summit Entertainment, LLC. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) (Entered: 11/23/2010) |
| 11/23/2010 | 64 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Richard A Ulsamer for Defendant Playboy Enterprises, Inc. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) (Entered: 11/23/2010) |
| 11/24/2010 | 65 | IN CHAMBERS ORDER ON TRANSFER OF CASE TO CENTRAL DISTRICT OF CALIFORNIA and ORDER FOR RULE 26 JOINT SCHEDULING REPORT by Judge Jacqueline H. Nguyen: re Notice of Transferred Case 57 . This action has been reassigned to the HONORABLE JACQUELINE H. NGUYEN, United States District Judge of the Central District of California. Please substitute the case number 2:10-cv-09034-JHN-JCx in place of the previous case number: 10-cv-01076-DMC-MF, for all future filings. Henceforth, it is imperative that the new case number be used on all documents to prevent any delays in processing of documents. Deadline to File Joint Report: December 22, 2010 READ THIS ORDER CAREFULLY. IT DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. (Attachments: # 1 ORDER FOR RULE 26 JOINT REPORT) (ama) (Entered: 11/24/2010) |
| 11/29/2010 | 66 | NOTICE of Change of Attorney Information for attorney David Halberstadter counsel for Defendant Summit Entertainment, LLC. Changing address to 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. Changing fax number to 310-788-4471. Adding David Halberstadter as attorney as counsel of record for Summit Entertainment, LLC for the reason indicated in the G-06 Notice. Filed by defendant Summit Entertainment, LLC (Halberstadter, David) (Entered: 11/29/2010) |
| 11/29/2010 | 67 | NOTICE of Change of Attorney Information for attorney David Halberstadter counsel for Defendant Summit Entertainment, LLC. Adding Sally Wu as attorney as counsel of record for Summit Entertainment, LLC for the reason indicated in the G-06 Notice. Filed by defendant Summit Entertainment, LLC |

**0216**

| | | (Halberstadter, David) (Entered: 11/29/2010) |
|---|---|---|
| 12/20/2010 | 68 | STIPULATION for Extension of Time to File Joint Rule 26(f) Scheduling Report Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Attachments: # 1 Proposed Order Proposed Order)(Joseph, Jackie) (Entered: 12/20/2010) |
| 12/21/2010 | 69 | ORDER TO AMEND DEADLINE TO FILE JOINT RULE 26(f) SCHEDULING REPORT by Judge Jacqueline H. Nguyen: re Stipulation for Extension of Time to File, 68 . IT IS HEREBY ORDERED that the deadline to file the Fed. Rule Civ. Proc. 26(f) Scheduling Report shall be ten (10) days from the date that counsel for Plaintiff first appears (specially or otherwise) in this District in this action. (ama) (Entered: 12/21/2010) |
| 12/27/2010 | 70 | MINUTE ORDER IN CHAMBERS by Judge Jacqueline H. Nguyen: re: Notice of Filing Fee Due (PHV) 59 . On November 23, 2010 the Clerk for the U.S. District Court issued a notice to attorney Linda George advising that her Pro Hac Vice Application fee had not been paid. As of the date of this minute order, the Pro Hac Vice application fee of $275 remains unpaid. If counsel fails to pay within 21 days of this notice, the Clerk is directed to remove the applicants name and address information from the docket. If the applicant believes payment has been satisfied, please provide proof of payment to the Fiscal Department. (cbr) (Entered: 12/27/2010) |
| 12/27/2010 | 71 | MINUTE ORDER IN CHAMBERS by Judge Jacqueline H. Nguyen: re: Notice of Filing Fee Due (PHV) 60 . On November 23, 2010 the Clerk for the U.S. District Court issued a notice to attorney Charles J. Falletta advising that his Pro Hac Vice Application fee had not been paid. As of the date of this minute order, the Pro Hac Vice application fee of $275 remains unpaid. If counsel fails to pay within 21 days of this notice, the Clerk is directed to remove the applicants name and address information from the docket. If the applicant believes payment has been satisfied, please provide proof of payment to the Fiscal Department. (cbr) (Entered: 12/27/2010) |
| 12/27/2010 | 72 | MINUTE ORDER IN CHAMBERS by Judge Jacqueline H. Nguyen: re: Notice of Filing Fee Due (PHV) 61 . On November 23, 2010 the Clerk for the U.S. District Court issued a notice to attorney Andrew James Hughes advising that his Pro Hac Vice Application fee had not been paid. As of the date of this minute order, the Pro Hac Vice application fee of $275 remains unpaid. If counsel fails to pay within 21 days of this notice, the Clerk is directed to remove the applicants name and address information from the docket. If the applicant believes payment has been satisfied, please provide proof of payment to the Fiscal Department. (cbr) (Entered: 12/27/2010) |
| 12/27/2010 | 73 | MINUTE ORDER IN CHAMBERS by Judge Jacqueline H. Nguyen: re: Notice of Filing Fee Due (PHV) 62 . On November 23, 2010 the Clerk for the U.S. District Court issued a notice to attorney Stephen M. Orlofsky advising that his Pro Hac Vice Application fee had not been paid. As of the date of this minute order, the Pro Hac Vice application fee of $275 remains unpaid. If counsel fails to pay within 21 days of this notice, the Clerk is directed to remove the applicants name and address information from the docket. If the applicant believes payment has been satisfied, please provide proof of |

**0217**

| | | |
|---|---|---|
| | | payment to the Fiscal Department. (cbr) (Entered: 12/27/2010) |
| 12/27/2010 | 74 | MINUTE ORDER IN CHAMBERS by Judge Jacqueline H. Nguyen: re: Notice of Filing Fee Due (PHV) 63 . On November 23, 2010 the Clerk for the U.S. District Court issued a notice to attorney Scott A. Resnik advising that his Pro Hac Vice Application fee had not been paid. As of the date of this minute order, the Pro Hac Vice application fee of $275 remains unpaid. If counsel fails to pay within 21 days of this notice, the Clerk is directed to remove the applicants name and address information from the docket. If the applicant believes payment has been satisfied, please provide proof of payment to the Fiscal Department. (cbr) (Entered: 12/27/2010) |
| 12/27/2010 | 75 | MINUTE ORDER IN CHAMBERS by Judge Jacqueline H. Nguyen: re: Notice of Filing Fee Due (PHV) 64 . On November 23, 2010 the Clerk for the U.S. District Court issued a notice to attorney Richard A. Ulsamer advising that his Pro Hac Vice Application fee had not been paid. As of the date of this minute order, the Pro Hac Vice application fee of $275 remains unpaid. If counsel fails to pay within 21 days of this notice, the Clerk is directed to remove the applicants name and address information from the docket. If the applicant believes payment has been satisfied, please provide proof of payment to the Fiscal Department. (cbr) (Entered: 12/27/2010) |
| 01/06/2011 | 76 | NOTICE of Change of Attorney Information for attorney David Halberstadter counsel for Defendant Summit Entertainment, LLC. Scott A. Resnik will no longer receive service of documents from the Clerks Office for the reason indicated in the G-06 Notice. Filed by defendant Summit Entertainment, LLC (Halberstadter, David) (Entered: 01/06/2011) |
| 01/31/2011 | 77 | NOTICE of Appearance filed by attorney Jeremiah Tracy Reynolds on behalf of Defendants Kathryn Bigelow, Mark Boal (Reynolds, Jeremiah) (Entered: 01/31/2011) |
| 02/01/2011 | 78 | NOTICE OF MOTION AND MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. Motion set for hearing on 3/7/2011 at 02:00 PM before Judge Jacqueline H. Nguyen. (Hill, Jon-Jamison) (Entered: 02/01/2011) |
| 02/01/2011 | 79 | DECLARATION of Nicolas Chartier In Support of Motion to Strike MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Hill, Jon-Jamison) (Entered: 02/01/2011) |
| 02/01/2011 | 80 | NOTICE of Manual Filing filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC of The Hurt Locker in DVD Format. (Hill, Jon-Jamison) (Entered: 02/01/2011) |
| 02/01/2011 | 81 | DECLARATION of Timothy J. Gorry In Support of Motion to Strike MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, |

**0218**

| | | |
|---|---|---|
| | | Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Gorry, Timothy) (Entered: 02/01/2011) |
| 02/01/2011 | 82 | JOINDER in MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 ; *Memorandum of Points and Authorities and Declarations of Sophie Cassidy and David Halberstadter in Support Thereof* filed by Defendant Summit Entertainment, LLC. (Halberstadter, David) (Entered: 02/01/2011) |
| 02/01/2011 | 83 | JOINDER in MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 filed by Defendants Kathryn Bigelow, Mark Boal. (Reynolds, Jeremiah) (Entered: 02/01/2011) |
| 02/01/2011 | 84 | EXHIBIT A filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. as to Declaration (Motion related) 79 .(rrey) (Entered: 02/02/2011) |
| 02/09/2011 | 85 | NOTICE OF DISASSOCIATION OF COUNSEL filed by Defendant Playboy Enterprises, Inc.. (Glassman, Anthony) (Entered: 02/09/2011) |
| 02/09/2011 | 86 | APPLICATION for attorney Todd J. Weglarz to Appear Pro Hac Vice. (PHV FEE PAID.) filed by plaintiff Jeffrey S. Sarver. Lodged lodged proposed order. (bp) (Entered: 02/10/2011) |
| 02/10/2011 | 87 | NOTICE of Appearance filed by attorney Erik Louis Jackson on behalf of Plaintiff Jeffrey S. Sarver (Jackson, Erik) (Entered: 02/10/2011) |
| 02/10/2011 | 88 | EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Declaration Todd J. Weglarz, # 2 Declaration Erik L. Jackson, # 3 Exhibit A, # 4 Proposed Order)(Dooley, Nathan) (Entered: 02/10/2011) |
| 02/11/2011 | 89 | OPPOSITION re: EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 88 filed by Defendants Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Joseph, Jackie) (Entered: 02/11/2011) |
| 02/11/2011 | 90 | DECLARATION of JACKIE M. JOSEPH IN OPPOSITION TO EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 88 filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Joseph, Jackie) (Entered: 02/11/2011) |
| 02/11/2011 | 91 | ORDER by Judge Jacqueline H. Nguyen: granting 86 Application to Appear Pro Hac Vice by Attorney Todd J. Weglarz on behalf of Plaintiff Jeffrey S. Sarver, designating Erik L. Jackson as local counsel. (lt) (Entered: |

**0219**

| | | 02/11/2011) |
|---|---|---|
| 02/11/2011 | 92 | OPPOSITION to re: EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 88 *NOTICE OF JOINDER* filed by Defendant Summit Entertainment, LLC. (Halberstadter, David) (Entered: 02/11/2011) |
| 02/13/2011 | 93 | REPLY in support of EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 EX PARTE APPLICATION to Continue Hearing from March 07, 2011 to April 04, 2011 Re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 88 filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Declaration SUPPLEMENTAL DECLARATION OF TODD J. WEGLARZ)(Dooley, Nathan) (Entered: 02/13/2011) |
| 02/14/2011 | 94 | ORDER GRANTING PLAINTIFFS EX PARTE APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS MOTION TO STRIKE PLAINTIFFS COMPLAINT PURSUANT TO CAL. CIV. PROC. CODE §425.16 [ANTI-SLAPP ] by Judge Jacqueline H. Nguyen: granting 88 Ex Parte Application to Continue. Motion reset for hearing on 4/4/2011 at 02:00 PM before Judge Jacqueline H. Nguyen. (ama) (Entered: 02/14/2011) |
| 02/22/2011 | 95 | STIPULATION to Dismiss defendant Playboy Enterprises, Inc. filed by defendant Playboy Enterprises, Inc..(Glassman, Anthony) (Entered: 02/22/2011) |
| 02/24/2011 | 96 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 25 Court Days, filed by Defendants Kathryn Bigelow, Mark Boal, Nicolas Chartier, First Light Productions Inc., Grosvenor Park Media LP, Kingsgate Films Inc., Tony Mark, Donall McCusker, Playboy Enterprises, Inc., Greg Shapiro, Summit Entertainment, LLC, The Hurt Locker LLC, Voltage Pictures, LLC, Plaintiff Jeffrey S. Sarver.. (Joseph, Jackie) (Entered: 02/24/2011) |
| 02/25/2011 | 97 | ORDER RE ADR SETTLEMENT PROCEDURE by Judge Jacqueline H. Nguyen: case ordered to a private mediator based upon a stipulation of the parties. (ama) (Entered: 02/25/2011) |
| 03/02/2011 | 98 | NOTICE OF MOTION AND MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* filed by Defendants Kathryn Bigelow, Mark Boal. Motion set for hearing on 4/4/2011 at 02:00 PM before Judge Jacqueline H. Nguyen. (Attachments: # 1 Declaration of Mark Boal In Support of Defendant's Motion to Strike Plaintiff's Complaint, # 2 Declaration of Jeremiah Reynolds In Support of Defendants' Motion to Strike Plaintiff's Complaint)(Reynolds, Jeremiah) (Entered: 03/02/2011) |
| 03/03/2011 | 99 | ORDER RE JURY TRIAL by Judge Jacqueline H. Nguyen: Final Pretrial Conference set for 1/30/2012 10:30 AM and Jury Trial set for 2/28/2012 08:30 AM before Judge Jacqueline H. Nguyen. (ama) (Entered: 03/03/2011) |

0220

| 03/04/2011 | 100 | APPLICATION for attorney Geoffrey Nels Fieger to Appear Pro Hac Vice. (PHV FEE PAID.) filed by plaintiff Jeffrey S. Sarver. (bp) (Entered: 03/07/2011) |
|---|---|---|
| 03/07/2011 | 101 | OBJECTIONS to APPLICATION for attorney Geoffrey Nels Fieger to Appear Pro Hac Vice. (PHV FEE PAID.) 100 *Opposition* filed by Defendant Summit Entertainment, LLC. (Attachments: # 1 Declaration of Sally Wu in Support of Opposition, # 2 Exhibit A to Wu Declaration, # 3 Exhibit B to Wu Declaration, # 4 Exhibit C to Wu Declaration, # 5 Exhibit D to Wu Declaration, # 6 Exhibit E to Wu Declaration, # 7 Exhibit F to Wu Declaration, # 8 Exhibit G to Wu Declaration, # 9 Exhibit H to Wu Declaration, # 10 Exhibit I to Wu Declaration, # 11 Exhibit J to Wu Declaration, # 12 Exhibit K to Wu Declaration, # 13 Exhibit L to Wu Declaration, # 14 Exhibit M to Wu Declaration, # 15 Exhibit N to Wu Declaration)(Halberstadter, David) (Entered: 03/07/2011) |
| 03/07/2011 | 102 | JOINDER filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC joining in Objections - non-motion,,, 101 . (Gorry, Timothy) (Entered: 03/07/2011) |
| 03/14/2011 | 103 | OPPOSITION to MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* 98 filed by Plaintiff Jeffrey S. Sarver. (Dooley, Nathan) (Entered: 03/14/2011) |
| 03/14/2011 | 104 | OPPOSITION to MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 filed by Plaintiff Jeffrey S. Sarver. (Dooley, Nathan) (Entered: 03/15/2011) |
| 03/15/2011 | 105 | DECLARATION of Sgt Sarver In Opposition To MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 *I* filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Declaration D)(Dooley, Nathan) (Entered: 03/15/2011) |
| 03/15/2011 | 106 | DECLARATION of Weglarz In Opposition To MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* 98 filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Dooley, Nathan) (Entered: 03/15/2011) |
| 03/15/2011 | 107 | NOTICE OF LODGING filed , *Ex. C, video of Renner,* re Declaration (Motion related), Declaration (Motion related) 105 (Dooley, Nathan) (Entered: 03/15/2011) |
| 03/16/2011 | 108 | NOTICE OF LODGING The Jeremy Renner You Tube Video filed by plaintiff Jeffrey S. Sarver (bp) (Entered: 03/16/2011) |
| 03/16/2011 | 109 | REPLY in support of APPLICATION for attorney Geoffrey Nels Fieger to Appear Pro Hac Vice. (PHV FEE PAID.) 100 filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Declaration Todd J. Weglarz, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 |

**0221**

|  |  | Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30)(Dooley, Nathan) (Entered: 03/16/2011) |
|---|---|---|
| 03/21/2011 | 110 | DECLARATION of First Sgt. Paul Wilcock In Opposition to MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* 98 *Supplement to Opposition* filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Exhibit 1 Suppemental Declaration of 1st Sgt. Wilcock) (Dooley, Nathan) (Entered: 03/21/2011) |
| 03/21/2011 | 111 | REPLY IN SUPPORT OF MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Hill, Jon-Jamison) (Entered: 03/21/2011) |
| 03/21/2011 | 112 | OBJECTIONS to Declaration (Motion related), Declaration (Motion related) 105 *OF SGT. JEFFREY S. SARVER* filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Hill, Jon-Jamison) (Entered: 03/21/2011) |
| 03/21/2011 | 113 | OBJECTIONS to Declaration (Motion related) 106 *OF TODD J. WEGLARZ* filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Hill, Jon-Jamison) (Entered: 03/21/2011) |
| 03/21/2011 | 114 | OBJECTIONS to Declaration (Motion related), Declaration (Motion related) 110 *OF SGT. PAUL WILCOCK* filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Hill, Jon-Jamison) (Entered: 03/21/2011) |
| 03/21/2011 | 115 | NOTICE OF MOTION AND MOTION for Joinder in Objections - non-motion, 114 , Objections - non-motion 113 , Objections - non-motion, 112 , Reply (Motion related), Reply (Motion related) 111 filed by defendant Summit Entertainment, LLC. Motion set for hearing on 4/4/2011 at 02:00 PM before Judge Jacqueline H. Nguyen. (Halberstadter, David) (Entered: 03/21/2011) |
| 03/21/2011 | 116 | REPLY In Support of MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* 98 filed by Defendants Kathryn Bigelow, Mark Boal. (Attachments: # 1 Exhibit A-D In Support of Reply To Motion to Strike Plaintiff's Complaint)(Reynolds, Jeremiah) (Entered: 03/21/2011) |
| 03/21/2011 | 117 | JOINDER filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC joining in Reply (Motion related), Reply (Motion related) 116 . (Hill, Jon-Jamison) (Entered: 03/21/2011) |
| 03/22/2011 | 118 | JOINDER filed by Defendants Kathryn Bigelow, Mark Boal joining in Objections - non-motion, 114 , Objections - non-motion 113 , Objections - |

0222

| | | |
|---|---|---|
| | | non-motion, 112 . (Reynolds, Jeremiah) (Entered: 03/22/2011) |
| 03/23/2011 | 119 | IN CHAMBERS ORDER GRANTING PRO HAC VICE APPLICATION by Judge Jacqueline H. Nguyen: granting 100 Application to Appear Pro Hac Vice by Attorney Geoffrey Nels Fieger on behalf of Plaintiff Sgt. Jeffrey S. Sarver, designating Eric Jackson as local counsel. The Court has considered the papers filed by both parties and deems the matter appropriate for decision without oral argument. Mr. Fieger is a member in good standing and eligible to practice before the Michigan, Florida, and Arizona state bars. (Application at 2.) Furthermore, the evidence produced by Defendant falls short of showing that Mr. Fieger lacks good moral character or is in any way professionally unfit for admission to this Court. Finally, Plaintiff is entitled to his counsel of choice and Mr. Fieger has been involved in this litigation for more than a year. (Response at 2.) Therefore, the Application is GRANTED. Counsel are reminded that the Court expects the highest level of civility and professionalism from counsel. Further, counsel should be thoroughly familiar with the Local Rules of this district. (ama) (Entered: 03/23/2011) |
| 03/28/2011 | 120 | IN CHAMBERS ORDER TAKING MOTIONS OFF-CALENDAR AND UNDER SUBMISSION by Judge Jacqueline H. Nguyen: re Joinder 82 , Joinder 83 , MOTION to Strike 78 , MOTION to Strike 98 . The Court finds the matter(s) appropriate for submission on the papers without oral argument. See Fed. R. Civ. P. 78(b) and Local Rule 7-15 (the Court may dispense with oral argument on any matter unless otherwise required). The matter(s) is/are, therefore, removed from the Court's calendar subject to resetting should the Court deem oral argument is needed. (ama) (Entered: 03/28/2011) |
| 03/29/2011 | 121 | Objections to the Declaration of Mark Boal In Opposition to re: MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* 98 filed by Plaintiff Jeffrey S. Sarver. (Dooley, Nathan) (Entered: 03/29/2011) |
| 03/31/2011 | 122 | Opposition in Response to the Hurt Locker Defendants' Evidentiary Objections to the Declaration of Sgt. Jeffrey Sarver in Opposition to re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 78 filed by Plaintiff Jeffrey S. Sarver. (Dooley, Nathan) (Entered: 03/31/2011) |
| 07/22/2011 | 123 | IN CHAMBERS ORDER SETTING HEARING ON DEFENDANTS MOTIONS by Judge Jacqueline H. Nguyen: re Joinder 82 , Joinder 83 , MOTION to Strike 78 , MOTION to Strike 98 . Having reviewed and considered all the pleadings filed in connection with the Motions, the Court hereby sets the matter for oral argument on the Motions for August 8, 2011 at 2:30 p.m. The Court will issue a written tentative order prior to the hearing. Upon review of the tentative, should both sides choose to submit on the tentative, the parties must notify the Court by no later than 11 a.m. the Friday prior to the hearing. (ama) (Entered: 07/22/2011) |
| 08/04/2011 | 124 | Notice of Change of Attorney Information G-06 filed for Todd J. Weglarz. (ama) (Entered: 08/04/2011) |
| 08/08/2011 | 125 | MINUTES OF HEARING ON MOTION TO STRIKE COMPLAINT FILED |

**0223**

| | | BY DEFENDANTS <u>78</u> AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT FILED BY DEFENDANTS <u>98</u> held before Judge Jacqueline H. Nguyen: The Court hears argument from the parties. The Court takes its ruling(s) UNDER SUBMISSION. The Courts final ruling(s) will issue by separate order. Court Reporter: P Cuneo. (ama) (Entered: 08/08/2011) |
|---|---|---|
| 08/13/2011 | <u>126</u> | OBJECTION and SUPPLEMENTAL BRIEF in Opposition to re: MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 <u>78</u> , MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* <u>98</u> filed by Plaintiff Jeffrey S. Sarver. (Dooley, Nathan) (Entered: 08/13/2011) |
| 08/15/2011 | <u>127</u> | REPLY to Plaintiff's Supplemental Brief in Opposition to Defendants' MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* <u>98</u> filed by Defendants Kathryn Bigelow, Mark Boal. (Reynolds, Jeremiah) (Entered: 08/15/2011) |
| 09/29/2011 | <u>128</u> | REPLY in Opposition to MOTION to Strike Complaint Pursuant To Cal. Civ. Proc. Code Section 425.16 <u>78</u> , MOTION to Strike Plaintiff's Complaint *Pursuant To Cal. Civ. Proc. Code Section 425.16* <u>98</u> *in Response to new arguments raised in Defendants' Sur-Reply* filed by Plaintiff Jeffrey S. Sarver. (Dooley, Nathan) (Entered: 09/29/2011) |
| 10/13/2011 | <u>129</u> | ORDER GRANTING DEFENDANTS MOTIONS TO STRIKE by Judge Jacqueline H. Nguyen: granting <u>78</u> Motion to Strike <u>78</u> , granting MOTION to Strike <u>98</u> . The matter is before the Court on Defendants Motions to Strike pursuant to Cal. Code Civ. Proc. § 425.16. (Docket no. 78, 98.) On August 8, 2011, the Court heard oral argument on the Motions and took the matter under submission. (Docket no. 125.) For the foregoing reasons, the Court GRANTS Defendants Motions and strikes Plaintiffs Complaint in its entirety. (ama) (Entered: 10/13/2011) |
| 10/20/2011 | <u>130</u> | TRANSCRIPT for proceedings held on 8/8/2011 2:53 p.m. Court Reporter: Pat Cuneo, CSR 1600, website: www.patcuneo.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 11/10/2011. Redacted Transcript Deadline set for 11/20/2011. Release of Transcript Restriction set for 1/18/2012. (Cuneo, Patricia) (Entered: 10/20/2011) |
| 10/20/2011 | <u>131</u> | NOTICE OF FILING TRANSCRIPT filed for proceedings 8/8/2011 2:53 p.m. (Cuneo, Patricia) (Entered: 10/20/2011) |
| 10/27/2011 | <u>132</u> | NOTICE OF MOTION AND MOTION for Attorney Fees filed by Defendants Kathryn Bigelow, Mark Boal. Motion set for hearing on 12/12/2011 at 02:00 PM before Judge Jacqueline H. Nguyen. (Attachments: # <u>1</u> Declaration of J Reynolds w/Exhs RE Defts' Motion for Atty Fees) (Reynolds, Jeremiah) (Entered: 10/27/2011) |
| 10/27/2011 | <u>133</u> | NOTICE OF MOTION AND MOTION for Attorney Fees filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. Motion set |

0224

|  |  | for hearing on 12/12/2011 at 02:00 PM before Judge Jacqueline H. Nguyen. (Attachments: # 1 Declaration of Timothy J. Gorry, # 2 Exhibit to Gorry Declaration)(Gorry, Timothy) (Entered: 10/27/2011) |
|---|---|---|
| 10/27/2011 | 134 | NOTICE OF MOTION AND MOTION for Attorney Fees filed by defendant Summit Entertainment, LLC. Motion set for hearing on 12/12/2011 at 02:00 PM before Judge Jacqueline H. Nguyen. (Attachments: # 1 Declaration of David Halberstadter, # 2 Exhibit to Declaration of David Halberstadter, # 3 Proposed Order)(Halberstadter, David) (Entered: 10/27/2011) |
| 11/11/2011 | 135 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Jeffrey S. Sarver. Appeal of Order on Motion to Strike,,,,, 129 , Order on Motion to Dismiss/Lack of Jurisdiction,,, Order on Motion to Change Venue,,,,,, 55 (Appeal fee FEE NOT PAID.) (Attachments: # 1 Exhibit A, Doc. No. 129, # 2 Exhibit B, Doc No. 55)(Dooley, Nathan) (Entered: 11/11/2011) |
| 11/11/2011 | 136 | REPRESENTATION STATEMENT re Notice of Appeal to 9th Circuit Court of Appeals, 135 . (Dooley, Nathan) (Entered: 11/11/2011) |
| 11/11/2011 | 137 | Civil Appeals Docketing Statement received from forwarded to 9th CCA. RE: Notice of Appeal to 9th Circuit Court of Appeals, 135 (Dooley, Nathan) (Entered: 11/11/2011) |
| 11/14/2011 | 138 | FILING FEE LETTER issued as to Plaintiff Jeffrey S. Sarver, re Notice of Appeal to 9th Circuit Court of Appeals, 135 (car) (Entered: 11/14/2011) |
| 11/14/2011 | 139 | APPEAL FEE PAID: re Notice of Appeal to 9th Circuit Court of Appeals 135 as to Plaintiff Jeffrey S. Sarver; Receipt Number: LA029823 in the amount of $455. (dmap) (Entered: 11/14/2011) |
| 11/15/2011 | 140 | NOTIFICATION by Circuit Court of Appellate Docket Number 11-56986, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals, 135 as to Plaintiff Jeffrey S. Sarver. (car) (Entered: 11/17/2011) |
| 11/21/2011 | 141 | Oppositoin in Opposition to re: MOTION for Attorney Fees 132 , MOTION for Attorney Fees 133 , MOTION for Attorney Fees 134 filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Declaration Todd J. Weglarz, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Dooley, Nathan) (Entered: 11/21/2011) |
| 11/28/2011 | 142 | REPLY In Support MOTION for Attorney Fees 132 filed by Defendants Kathryn Bigelow, Mark Boal. (Reynolds, Jeremiah) (Entered: 11/28/2011) |
| 11/28/2011 | 143 | Evidentiary Objections to Delcaration of Todd Weglarz In Opposition re: MOTION for Attorney Fees 132 filed by Defendants Kathryn Bigelow, Mark Boal. (Reynolds, Jeremiah) (Entered: 11/28/2011) |
| 11/28/2011 | 144 | REPLY in Support MOTION for Attorney Fees 133 filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, Summit Entertainment, LLC, The Hurt Locker LLC, Voltage Pictures, LLC. (Gorry, Timothy) (Entered: 11/28/2011) |
| 11/28/2011 | 145 | RESPONSE IN SUPPORT of MOTION for Attorney Fees 134 filed by Defendant Summit Entertainment, LLC. (Halberstadter, David) (Entered: |

**0225**

|  |  | 11/28/2011) |
|---|---|---|
| 12/08/2011 | 146 | ORDER GRANTING IN PART DEFENDANTS MOTIONS FOR ATTORNEYS FEES (IN CHAMBERS) by Judge Jacqueline H. Nguyen: granting in part Motions 132 , 133 , 134 . The Court deems the matter appropriate for decision without oral argument, and the hearing set on December 12, 2011 is vacated. See Fed. R. Civ. P. 78(b); Local Rule 7-15. For the reasons herein, the Court GRANTS each Defendants Motion IN PART. (ama) (Entered: 12/08/2011) |
| 12/14/2011 | 147 | TRANSCRIPT DESIGNATION AND ORDERING FORM For Dates: 08/08/2011; Court Reporter: Pat Cuneo; Court of Appeals Case Number: 11-56986; Re: 135 (Dooley, Nathan) (Entered: 12/14/2011) |
| 12/14/2011 | 148 | TRANSCRIPT ORDER for date of proceedings 08/08/2011 to 08/08/2011 re: Court of Appeal case number 11-56986, re: Transcript Designation and Order Form to the 9th CCA (A-9) 147 , as to Plaintiff Jeffrey S. Sarver Court Reporter Patricia Cuneo. Order for: Civil Appeal, Plaintiff Sgt. Sarver. Transcript portion requested: Opinion of the Court on 10/13/2011. Other: Hearing Mot. to Strike held 08/08/2011. Civil case appeal. 90 day deadline automatically set (Dooley, Nathan) (Entered: 12/14/2011) |
| 12/21/2011 | 149 | NOTICE OF MOTION AND MOTION to Stay pending pending appeal and waiver of bond requirement filed by Plaintiff Jeffrey S. Sarver. Motion set for hearing on 2/13/2012 at 02:00 PM before Judge Jacqueline H. Nguyen. (Attachments: # 1 Declaration Todd J. Weglarz, # 2 Exhibit A, # 3 Declaration Sgt. Sarver)(Dooley, Nathan) (Entered: 12/21/2011) |
| 01/23/2012 | 150 | OPPOSITION to MOTION to Stay pending pending appeal and waiver of bond requirement 149 filed by Defendant Summit Entertainment, LLC. (Attachments: # 1 Declaration David Halberstadter)(Halberstadter, David) (Entered: 01/23/2012) |
| 01/23/2012 | 151 | NOTICE OF LODGING filed *by Defendants Bigelow & Boal re Proposed Judgment in Favor of Defendants Bigelow & Boal* re Order on Motion for Attorney Fees,,,,, 146 (Attachments: # 1 Proposed Order /Judgment in Favor of the Defendants Bigelow & Boal)(Reynolds, Jeremiah) (Entered: 01/23/2012) |
| 01/23/2012 | 152 | MEMORANDUM in Opposition to MOTION to Stay pending pending appeal and waiver of bond requirement 149 filed by Defendants Kathryn Bigelow, Mark Boal. (Reynolds, Jeremiah) (Entered: 01/23/2012) |
| 01/23/2012 | 153 | OPPOSITION IN OPPOSITION TO re: MOTION to Stay pending pending appeal and waiver of bond requirement 149 filed by Defendants Nicolas Chartier, Grosvenor Park Media LP, Kingsgate Films Inc., Greg Shapiro, The Hurt Locker LLC, Voltage Pictures, LLC. (Attachments: # 1 Declaration Declaration of Jackie Joseph)(Gorry, Timothy) (Entered: 01/23/2012) |
| 01/25/2012 | 154 | JUDGMENT by Judge Jacqueline H. Nguyen. IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT judgment shall be entered in favor of Defendants Kathryn Bigelow and Mark Boal. Defendants Kathryn Bigelow and Mark Boal shall recover from Plaintiff Jeffrey S. Sarver the total amount |

**0226**

| | | of $37,975.50 in attorneys' fees. (bp) (Entered: 01/25/2012) |
|---|---|---|
| 01/30/2012 | 155 | REPLY MOTION to Stay pending pending appeal and waiver of bond requirement 149 filed by Plaintiff Jeffrey S. Sarver. (Attachments: # 1 Declaration of Todd J. Weglarz, # 2 Exhibit A)(Dooley, Nathan) (Entered: 01/30/2012) |
| 02/02/2012 | 156 | ORDER DENYING PLAINTIFFS MOTION FOR STAY OF EXECUTION AND WAIVER OF BOND PENDING APPEAL (In Chambers) by Judge Jacqueline H. Nguyen: denying 149 Motion to Stay. The Court deems the matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78 (b); Local Rule 7-15. Accordingly, the hearing set for February 13, 2012, is removed from the Courts calendar. For the following reasons, the Court DENIES the Motion. (ama) (Entered: 02/02/2012) |
| 02/06/2012 | 157 | NOTICE OF LODGING filed re Order on Motion for Attorney Fees,,,,, 146 (Attachments: # 1 Proposed Order)(Halberstadter, David) (Entered: 02/06/2012) |
| 02/06/2012 | 158 | NOTICE OF LODGING filed *by Defendants The Hurt Locker, Greg Shapiro, Nicolas Chartier, Voltage Pictures, Grosvenor Park Media and Kingsgate Films attaching Proposed Judgment* re Complaint - (Discovery), Complaint - (Discovery) 1 (Attachments: # 1 Proposed Judgment)(Hill, Jon-Jamison) (Entered: 02/06/2012) |
| 02/10/2012 | 159 | JUDGMENT by Judge Jacqueline H. Nguyen. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of the Hurt Locker Defendants. The Hurt Locker Defendants shall recover from Plaintiff Jeffrey S. Sarver the total amount of $89,753.85 in attorneys fees. (bp) (Entered: 02/10/2012) |
| 02/10/2012 | 160 | JUDGMENT by Judge Jacqueline H. Nguyen. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendant Summit Entertainment, LLC. Defendant Summit Entertainment, LLC shall recover from Plaintiff Jeffrey. S. Sarver the total amount of $59,395.30 in attorneys' fees. (bp) (Entered: 02/10/2012) |
| 03/05/2012 | 161 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Jeffrey S. Sarver. Appeal of Order on Motion to Stay Order (other), Order on Motion to Stay Order (other) 156 (Appeal fee FEE NOT PAID.) (Attachments: # 1 Exhibit A)(Jackson, Erik) (Entered: 03/05/2012) |
| 03/05/2012 | 162 | REPRESENTATION STATEMENT re Notice of Appeal to 9th Circuit Court of Appeals 161 . (Jackson, Erik) (Entered: 03/05/2012) |
| 03/05/2012 | 163 | Civil Appeals Docketing Statement received from Plaintiff Jeffrey S. Sarver forwarded to 9th CCA. RE: Notice of Appeal to 9th Circuit Court of Appeals 161 (Jackson, Erik) (Entered: 03/05/2012) |
| 03/06/2012 | 164 | NOTIFICATION by Circuit Court of Appellate Docket Number 12-55429, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals 161 as to Plaintiff Jeffrey S. Sarver. (cbr) (Entered: 03/07/2012) |
| 03/07/2012 | 165 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of |

**0227**

| | | | Appeals 161 filed by Jeffrey S. Sarver, CCA # 12-55429. Appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: 1) file a motion with this court to proceed in forma pauperis; 2) pay $455.00 to this court as the docketing and filing fees for this appeal and provide proof of payment to this court; or 3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. Order received in this district on 3/7/12. (car) (Entered: 03/08/2012) |
| 03/22/2012 | 166 | APPEAL FEE PAID: re Notice of Appeal to 9th Circuit Court of Appeals 161 as to Plaintiff Jeffrey S. Sarver; Receipt Number: LA039315 in the amount of $455. (car) (Entered: 03/23/2012) |
| 04/02/2012 | 167 | NOTICE of Change of Attorney Information for attorney Sally Wu counsel for Defendant Summit Entertainment, LLC. Sally Wu will no longer receive service of documents from the Clerks Office for the reason indicated in the G-06 Notice.Sally Wu is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Defendant Summit Entertainment LLC (Wu, Sally) (Entered: 04/02/2012) |
| 04/02/2012 | 168 | NOTICE of Change of Attorney Information for attorney Rebecca Faye Ganz counsel for Defendant Summit Entertainment, LLC. Adding Rebecca F. Ganz as attorney as counsel of record for Defendant, Summit Entertainment, LLC for the reason indicated in the G-06 Notice. Filed by Defendant Summit Entertainment, LLC (Ganz, Rebecca) (Entered: 04/02/2012) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 06/28/2012 08:49:50 | | |
| PACER Login: | md4293 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:10-cv-09034-JHN-JC End date: 6/28/2012 |
| Billable Pages: | 21 | Cost: | 2.10 |

**0228**