## SERVICE LIST

*Attorneys for Sgt. Jeffrey S. Sarver*

Todd J. Weglarz, Esq.
LAW OFFICES OF TODD J. WEGLARZ
30903 Northwestern Hwy
Farmington Hills, MI 48334

Erik L. Jackson Esq.
Nathan Dooley, Esq.
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*Attorneys for Mark Boal and Kathryn Bigelow:*

Dale F. Kinsell Esq.
Jeremiah T. Reynolds Esq.
KINSELLA WEITZMAN ISER KUMP &
ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401


*Attorneys for Summit Entertainment LLC:*

David Halberstadter, Esq.
Rebecca F. Ganz, Esq.
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Docket No. 11-56986

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SGT. JEFFREY S. SARVER,

Plaintiff-Appellant

vs.

NICHOLAS CHARTIER; et. al.,

Defendants-Appellees.

### CERTIFICATE OF SERVICE

MICHAEL R. DEZSI, certifies that on July 2, 2012, he served upon the following individuals Plaintiff-Appellant's Vol. I & II Excerpts of Records by placing same in first class mail postage fully prepaid:

- Timothy Joseph Gorry, Esq., Eisner Frank & Kahan, Suite 700, 9601 Wilshire Blvd, Beverly Hills, CA 90210

- David Halberstadter, Esq., Katten Muchin Rosenman, LLP, Suite 2600, 2029 Century Park East, Los Angeles, CA 90067

- Stephen M. Orlofsky, Esq., Blank Rome, LLP, 3rd Floor 301 Carnegie Center, Princeton, NJ 08540

- Jeremiah T. Reynolds, Esq., Kinsella Weitzman Iser Kump & Aldisert, LLP, 3rd Floor, 808 Wilshire Blvd, Santa Monica, CA 90401

/s/ Michael R. Dezsi
Michael R. Dezsi