OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 11-56986, 12-55429 |
| Case Title | Sgt. Jeffrey S. Sarver v. Nicolas Chartier, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | May 9, 2013 | Time | 9:00 a.m. | Courtroom | 3 |
| Location | Richard H. Chambers US Court of Appeals Bldg., 125 S. Grand Ave., Pasadena, CA 91105 | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Jon-Jamison Hill  (SBN 203959) |
| Address | Eisner Kahan Gorry Chapman Ross & Jaffe<br>9601 Wilshire Boulevard, Suite 700 |

| | | | | | |
|---|---|---|---|---|---|
| City | Beverly Hills | State | CA | Zip Code | 90210 |
| Phone | 310-855-3200 | Email Address | jhill@eisnerlaw.com | | |

| | |
|---|---|
| Party/parties represented | Nicolas Chartier  (and others on attachment) |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/  Jon-Jamison Hill | Date | March 11, 2013 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250

## ADDITIONAL REPRESENTED PARTIES

(1) The Hurt Locker, LLC
(2) Greg Shapiro
(3) Voltage Pictures, LLC
(4) Grovesenor Park Media, L.P.
(5) Kingsgate Films, Inc.