# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 11-56986; 12-55429 |
| Case Title | Sgt. Jeffrey S. Sarver v. Nicolas Chartier, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | May 9, 2013 | Time | 9:00 a.m. | Courtroom | 3 |

| | |
|---|---|
| Location | Richard H. Chambers US Court of Appeals Bldg., 125 S. Grand Avenue, Pasadena CA 91105 |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Jeremiah Reynolds (SBN 223554) |
| Address | KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP<br>808 Wilshire Blvd., Suite 300 |

| | | | | | |
|---|---|---|---|---|---|
| City | Santa Monica | State | CA | Zip Code | 90401 |
| Phone | (310) 566-9816 | Email Address | jreynolds@kwikalaw.com | | |

| | |
|---|---|
| Party/parties represented | Mark Boal and Kathryn Bigelow |
| Special needs you may require in the courtroom | |

➡ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Jeremiah Reynolds | Date | March 12, 2013 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250