# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 11-56986/12-55429 |
| Case Title | Sarver v. Chartier |

assigned for hearing:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | May 9, 2013 | Time | 9:00am | Courtroom | | No. | 3 |
| Location | Richard H. Chambers US Court of Appeals, 125 South Grand Ave Pasadena, CA 91105 | | | | | | |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | Michael R. Dezsi |
| Address | Law Office of Michael R. Dezsi, PLLC<br>615 Griswold Street, Suite 700 |
| City | Detroit |
| State | MI |
| Zip Code | 48226 |
| Phone | 313 879 1206 |
| Email Address | mdezsi@dezsilaw.com |
| Party/parties represented | Plaintiff/Appellant Jeffrey Sarver |
| Special needs you may require in the courtroom | |

☛ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Michael R. Dezsi | Date | March 15, 2013 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250