# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 11-56986, 12-55429 |
| Case Title | Sarver v. Chartier, et al. |

**assigned for hearing:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | May 9, 2013 | Time | 9:00 a.m. | Courtroom | 3 |
| Location | Richard H. Chambers US Court of Appeals Bldg., 125 S. Grand Ave., Pasadena CA 91105 |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Kelli L. Sager, Esq. |
| Address | Davis Wright Tremaine LLP, 865 S. Figueroa Street, Suite 2400 |
| City | Los Angeles |
| State | CA |
| Zip Code | 90017 |
| Phone | (213) 633-6800 |
| Email Address | (213) 633-6899 |
| Party/parties represented | Amici Curiae Motion Picture Association of America and Entertainment Merchants Association |
| Special needs you may require in the courtroom | COUNSEL FOR AMICI ARE NOT SEEKING TO PARTICIPATE IN ORAL ARGUMENT. |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

☒ I certify that I am admitted to practice before this Court.

☐ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Kelli L. Sager | Date | March 18, 2013 |

### Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250


American LegalNet, Inc.
www.FormsWorkFlow.com

9th Circuit Case Number(s) | 11-56986, 12-55429

****************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) _____

****************************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 3/18/13.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

See attachment A

Signature (use "s/" format) | /s/ Yvonne Godson

**ATTACHMENT A**

Geoffrey Nels Fieger
FIEGER FIEGER KENNEY JOHNSON and GIROUX PC
19390 West Ten Mile Road
Southfield, MI 48075

Linda George
577 Summit Avenue
Hackensack, NJ 07601

Andrew James Hughes
Stephen M. Orlofsky
BLANK ROME LLP
3rd Floor
301 Carnegie Center
Princeton, NJ 08540

Scott A. Resnik
KATTEN MUCHIN ROSENMAN, LLP
14th Floor
575 Madison Avenue
New York, NY 10022