FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 29 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER, | No. 11-56986 |
|         Plaintiff - Appellant, | D.C. No. 2:10-cv-09034-JHN-JC<br>Central District of California,<br>Los Angeles |
|  v. | |
| NICOLAS CHARTIER; SUMMIT ENTERTAINMENT, LLC; KATHRYN BIGELOW; THE HURT LOCKER LLC; MARK BOAL; GREG SHAPIRO; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; KINGSGATE FILMS INC.; TONY MARK; DONALL MCKUSKER; FIRST LIGHT PRODUCTIONS INC., | ORDER |
|         Defendants - Appellees., | |
|         _____, | |
| PLAYBOY ENTERPRISES, INC., | |
|         Defendant. | |

| | |
|---|---|
| SGT. JEFFREY S. SARVER, | No. 12-55429 |
|         Plaintiff - Appellant, | D.C. No. 2:10-cv-09034-JHN-JC<br>Central District of California,<br>Los Angeles |
|  v. | |
| NICOLAS CHARTIER; SUMMIT ENTERTAINMENT, LLC; KATHRYN | |

BIGELOW; THE HURT LOCKER LLC; MARK BOAL; GREG SHAPIRO; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; KINGSGATE FILMS INC.; DONALL MCKUSKER; TONY MARK; FIRST LIGHT PRODUCTIONS INC.,

Defendants - Appellees,

and

PLAYBOY ENTERPRISES, INC.,

Defendant.

Before: O'SCANNLAIN, PAEZ, and IKUTA, Circuit Judges.

The submission of this appeal is further deferred pending the disposition of the petitions for certiorari in *Keller v. Electronic Arts Inc. (In re NCAA Student-Athlete Name & Likeness Licensing Litig.)*, 724 F.3d 1268 (9th Cir. 2013).