
COZEN O'CONNOR

December 3, 2015

**Erik L. Jackson**
Direct Phone 213-892-7961
Direct Fax 866-484-0947
ejackson@cozen.com

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth
Circuit
95 7th Street
San Francisco, CA 94103

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 07 2015

FILED_____
DOCKETED_____
DATE    INITIAL

Re:  Sgt. Jeffrey S. Sarver v. Nicholas Chartier, et al.
     U.S. Court of Appeal Case No.: 11-56986

Dear Ms. Dwyer:

Appellant Sgt. Jeffrey Sarver filed his appeal on March 05, 2012. The matter was fully briefed on September 24, 2012. Oral argument was heard on May, 9, 2013. A final decision on this matter was "vacated and deferred pending the disposition of the petition for rehearing en banc in *Makaeff v. Trump University, LLC*, ---F.3d- , 2013 WL 1633097 (9th Cir. 2013)." In *Makaeff*, the request for hearing en banc was denied. *Makaeff v. Trump Univ., LLC*, 736 F.3d 1180 (9th Cir. 2013).

Based on the foregoing, Appellant respectfully brings the status of this case, *Sgt. Jeffrey Sarver v. Nicolas Chartier, et al.*, Case No. 11-56986, to the Court's attention.

Kind regards,

COZEN O'CONNOR

By: Erik L. Jackson

ELJ

cc: All Counsel

LEGAL\25087098\1

601 S. Figueroa Street   Suite 3700   Los Angeles, CA 90017
213.892.7900   800.563.1027   213.892.7999 Fax   cozen.com