**FILED**

UNITED STATES COURT OF APPEALS

DEC 24 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NICOLAS CHARTIER; SUMMIT ENTERTAINMENT, LLC; KATHRYN BIGELOW; THE HURT LOCKER LLC; MARK BOAL; GREG SHAPIRO; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; KINGSGATE FILMS INC.; TONY MARK; DONALL MCKUSKER; FIRST LIGHT PRODUCTIONS INC.,<br><br>        Defendants - Appellees.,<br><br>_____,<br><br>PLAYBOY ENTERPRISES, INC.,<br><br>        Defendant. | No. 11-56986<br><br>D.C. No. 2:10-cv-09034-JHN-JC<br>Central District of California,<br>Los Angeles<br><br><br><br>ORDER |
| SGT. JEFFREY S. SARVER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NICOLAS CHARTIER; SUMMIT ENTERTAINMENT, LLC; KATHRYN | No. 12-55429<br><br>D.C. No. 2:10-cv-09034-JHN-JC<br>Central District of California,<br>Los Angeles |

BIGELOW; THE HURT LOCKER LLC; MARK BOAL; GREG SHAPIRO; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; KINGSGATE FILMS INC.; DONALL MCKUSKER; TONY MARK; FIRST LIGHT PRODUCTIONS INC.,

    Defendants - Appellees,

And

PLAYBOY ENTERPRISES, INC.,

    Defendant.

Before: O'SCANNLAIN, PAEZ, and IKUTA, Circuit Judges.

 This case is hereby resubmitted effective as of the date of this order.