UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 17 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NICOLAS CHARTIER; et al., <br><br> Defendants - Appellees. <br><br> _____ <br><br> PLAYBOY ENTERPRISES, INC., <br><br> Defendant. | No. 11-56986 <br><br> D.C. No. 2:10-cv-09034-JHN-JC <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |
| SGT. JEFFREY S. SARVER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NICOLAS CHARTIER; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> PLAYBOY ENTERPRISES, INC., <br><br> Defendant. | No. 12-55429 <br><br> D.C. No. 2:10-cv-09034-JHN-JC <br> U.S. District Court for Central California, Los Angeles |

The amicus brief submitted by Entertainment Merchants Association and Motion Picture Association of America, Inc. on August 29, 2012 is filed. No paper copies required per the Court's 9/21/12 order.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk