Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 11-56986; 12-55429

Case Name: Sgt. Jeffrey Sarver v. Nicolas Chartier, et. al.

List the name(s) of the party or parties you are representing: See list attached as Exhibit "A"

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☒ Appellee   ☐ Respondent  ☐ Intervenor     ☐ Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: Timothy Gorry, J. Jon-Jamison Hill and Jackie M. Joseph

Name: James H. Turken

Firm/Office: EISNER JAFFE

Address: 9601 Wilshire Boulevard, Suite 700

City: Beverly Hills   State: CA   Zip Code: 90210

Email: jturken@eisnerlaw.com   Re-enter Email: jturken@eisnerlaw.com

Phone Number *(including area code)*: 310-855-3200

Signature *(use "s/" format)*: /s/ James H. Turken   Date: 02/24/2016

**EXHIBIT "A"**

**Parties James H. Turken, Harvey I. Saferstein and Brianna Dahlberg of Eisner Jaffe are representing:**

Nicolas Chartier

The Hurt Locker LLC

Greg Shapiro

Tony Mark

Donall McKusker

Voltage Pictures, LLC

Grosvenor Park Media, LP

First Light Productions Inc.

Kingsgate Films Inc.

9th Circuit Case Number(s) | 11-56986; 12-55429

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* 

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)*

*************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* Feb 24, 2016

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

SEE ATTACHED SERVICE LIST

Signature *(use "s/" format)* /s/ Silvia Cerna

## SERVICE LIST

*Sgt. Jeffrey Sarver v. Nicolas Chartier, et al.*
U.S. Court of Appeals for the Ninth Circuit
Case Nos.: 11-56986 and 12-55429

Geoffrey Nels Fieger
FIEGER FIEGER KENNEY JOHNSON and GIROUX PC
19390 West Ten Mile Road
Southfield, MI 48075

Linda George
577 Summit Avenue
Hackensack, NJ 07601

Andrew James Hughes
BLANK ROME LLP
3rd Floor
301 Carnegie Center
Princeton, NJ 08540

Stephen M. Orlofsky
BLANK ROME LLP
3rd Floor
301 Carnegie Center
Princeton, NJ 08540

Scott A. Resnik
Katten Muchin Rosenman LLP
14th Floor
575 Madison Avenue
New York, NY 10022