# **INDEX OF AUTHORITIES**

CASES

*Bartnicki v. Vopper*, 532 U.S. 514 (2001) .................................................................... 9

*Carey v. Brown*, 447 U.S. 455 (1980) ........................................................................ 10

*City of Renton v. Playtime Theaters, Inc.*, 475 U.S. 41 (1986) ..................................... 9

*Comedy III Prods., Inc., v. Gary Saderup*, Inc., 25 Cal. 4th 387 (2001) ................... 2, 7

*Davis v. Electronic Arts Inc.*, 775 F.3d 1172 (9th Cir. 2015) ..................................... 2, 7

*Hart v. Electronic Arts, Inc.*, 717 F.3d 141 (3d Cir. 2013) ......................................... 2, 7

*Hilton v. Hallmark Cards*, 599 F.3d 894 (9th Cir. 2010) ........................................... 2, 7

*NCAA Student-Athlete Name and Likeness Licensing Litigation*, 724 F.3d 1268 (9th Cir. 2013) . 2

*No Doubt v. Activision Publishing, Inc.*, 192 Cal.App.4th 1018 (2011) ....................... 2

*Turner Broadcasting Sys. Inc. v. FCC*, 512 U.S. 622 (1994) ........................................ 9

*United States v. Playboy Entertainment Group, Inc.*, 529 U.S. 803 (2000) ................ 11

*Ward v. Rock Against Racism*, 491 U.S. 781 (1989) .................................................... 9

*Winter v. DC Comics*, 30 Cal.4th 881 (2003) ................................................................ 2

*Zacchini v. Scripps-Howard Broadcasting Co.*, 433 U.S. 562 (1977) ................. *passim*

**STATUTES**

Cal. Civ. Code § 3344(a) .............................................................................................. 10

**RULES**

9th Cir. LR 35 & 40 ........................................................................................................ 1

FRAP 35 & 40 ................................................................................................................ 1

9th Circuit Case Number(s) | 11-56986, 12-55429

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 03/01/2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)  s/Michael R. Dezsi

*************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 03/01/2016.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

Signature (use "s/" format)  s/Michael R. Dezsi