

# EISNER JAFFE

A Professional Corporation

March 31, 2016

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939

      **Re:    Docket Nos. 11-56986; 12-55429**
            **Short Title:  Sgt. Jeffrey Sarver v. Nicolas Chartier, et al.**

To Whom It May Concern:

      This letter is to request the removal of the below attorney from the ECF notifications list and docket. Ms. Joseph has left the law firm of Eisner Jaffe and is no longer representing Defendants-Appellees Nicolas Chartier, The Hurt Locker LLC, Greg Shapiro, Voltage Pictures, LLC, Grosvenor Park Media, LP, Kingsgate Films Inc., Tony Mark, Donall McKusker, and First Light Productions Inc. Eisner Jaffe continues to represent said Defendants-Appellees. On the docket, Ms. Joseph erroneously remains listed as counsel for Donall McKusker. Please remove the following name from the ECF notifications list and docket:

                    Jackie M. Joseph

                    Sincerely,

                    Brianna Dahlberg
                    EISNER JAFFE
                    Counsel for Defendants-Appellees
                    Nicolas Chartier, The Hurt Locker LLC,
                    Greg Shapiro, Voltage Pictures, LLC,
                    Grosvenor Park Media, LP, Kingsgate Films Inc.,
                    Tony Mark, Donall McKusker, and First Light
                    Productions Inc.

9th Circuit Case Number(s) | 11-56986; 12-55429

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Apr 1, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Silvia Cerna

*************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Apr 1, 2016.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

SEE ATTACHED SERVICE LIST

Signature (use "s/" format) | /s/ Silvia Cerna

## SERVICE LIST

*Sgt. Jeffrey Sarver v. Nicolas Chartier, et al.*
**U.S. Court of Appeals for the Ninth Circuit**
**Case Nos.: 11-56986 and 12-55429**

Geoffrey Nels Fieger
FIEGER FIEGER KENNEY JOHNSON and GIROUX PC
19390 West Ten Mile Road
Southfield, MI 48075

Linda George
577 Summit Avenue
Hackensack, NJ 07601

Andrew James Hughes
BLANK ROME LLP
3rd Floor
301 Carnegie Center
Princeton, NJ 08540

Stephen M. Orlofsky
BLANK ROME LLP
3rd Floor
301 Carnegie Center
Princeton, NJ 08540

Scott A. Resnik
Katten Muchin Rosenman LLP
14th Floor
575 Madison Avenue
New York, NY 10022