**FILED**

UNITED STATES COURT OF APPEALS

APR 22 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER, | No. 11-56986 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-09034-JHN-JC<br>Central District of California,<br>Los Angeles |
| v. | |
| NICOLAS CHARTIER; SUMMIT ENTERTAINMENT, LLC; KATHRYN BIGELOW; THE HURT LOCKER LLC; MARK BOAL; GREG SHAPIRO; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; KINGSGATE FILMS INC.; TONY MARK; DONALL MCKUSKER; FIRST LIGHT PRODUCTIONS INC., | ORDER |
| Defendants - Appellees., | |
| _____, | |
| PLAYBOY ENTERPRISES, INC., | |
| Defendant. | |

| | |
|---|---|
| SGT. JEFFREY S. SARVER, | No. 12-55429 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-09034-JHN-JC<br>Central District of California,<br>Los Angeles |
| v. | |
| NICOLAS CHARTIER; SUMMIT ENTERTAINMENT, LLC; KATHRYN | |

> BIGELOW; THE HURT LOCKER LLC;
> MARK BOAL; GREG SHAPIRO;
> VOLTAGE PICTURES, LLC;
> GROSVENOR PARK MEDIA, LP;
> KINGSGATE FILMS INC.; DONALL
> MCKUSKER; TONY MARK; FIRST
> LIGHT PRODUCTIONS INC.,
>
>         Defendants - Appellees,
>
> And
>
> PLAYBOY ENTERPRISES, INC.,
>
>         Defendant.

Before: O'SCANNLAIN, PAEZ, and IKUTA, Circuit Judges.

I

The motion of Major League Baseball Players Association et al. for leave to file a brief as amici curiae, filed with this court on March 11, 2016, is GRANTED.

II

The panel has voted unanimously to deny Appellant's Petition for Panel Rehearing or Rehearing En Banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The Petition for Panel Rehearing or Rehearing En Banc is DENIED.