UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NICOLAS CHARTIER; et al., <br><br> Defendants - Appellees. <br><br> _____ <br><br> PLAYBOY ENTERPRISES, INC., <br><br> Defendant. | No. 11-56986 <br><br> D.C. No. 2:10-cv-09034-JHN-JC <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |
| SGT. JEFFREY S. SARVER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NICOLAS CHARTIER; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> PLAYBOY ENTERPRISES, INC., <br><br> Defendant. | No. 12-55429 <br><br> D.C. No. 2:10-cv-09034-JHN-JC <br> U.S. District Court for Central California, Los Angeles |

The amicus brief submitted by National Hockey League Players Association, National Football League Players Association, National Basketball Players Association, Major League Baseball Players Association and Major League Soccer Players Union on March 11, 2016 is filed. No paper copies required per the Court's 4/22/16 order.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk