UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NICOLAS CHARTIER; et al.,<br><br>        Defendants - Appellees.<br><br>_____<br><br>PLAYBOY ENTERPRISES, INC.,<br><br>        Defendant. | No. 11-56986<br><br>D.C. No. 2:10-cv-09034-JHN-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| SGT. JEFFREY S. SARVER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NICOLAS CHARTIER; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>PLAYBOY ENTERPRISES, INC.,<br><br>        Defendant. | No. 12-55429<br><br>D.C. No. 2:10-cv-09034-JHN-JC<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered February 17, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk