# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 12, 2016

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 1 8 2016

FILED _____
DOCKETED _____
DATE    INITIAL

Re: Sgt. Jeffrey S. Sarver
   v. Nicolas Chartier, et al.
   Application No. 16A34
   (Your No., 11-5698612-55429)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on July 12, 2016, extended the time to and including September 6, 2016.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 18 2016

FILED
DOCKETED
DATE          INITIAL

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Michael R. Dezsi
615 Griswold Street
Suite 1600
Detroit, MI 48226


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526